# Exhibit D



# International Centre for Dispute Resolution

## FAX

*Thomas M. Ventrone, Esq.*
*Vice President*
*International Centre for Dispute Resolution*
1633 Broadway, New York, NY 10019-6708
telephone 212 484 3299, facsimile 212 246 7274

**DATE**  July 16, 2007

**TO**   K. Ann McDonald, Esq.          **FAX NUMBER**   1-212-953-3690
Steven C. Nelson, Esq.                          011 852-2524-3000
David C. Singer, Esq.                           1-212-953-7201
Robert B. Davidson, Esq.                        1-212-972-0027

**FROM**   Andrea H. Bugbee
ICDR Senior Case Manager

**NUMBER OF PAGES**   6    (Including Fax Cover Sheet)

**RE**   *50 435 T 00214 06*
*Akin Bay Company, LLC*
*vs*
*Cornerstone Overseas Investment Limited*
*Cornerstone Strategic Management Limited*

**CC**

**MESSAGE**   Dear Counsel and Mr. Davidson:

Please see the attached. Thank you.

Kind Regards,

Andrea

THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE PERSON TO
WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL,
PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE
INTENDED RECIPIENT OR THE PERSON AUTHORIZED TO DELIVER THIS FAX TO THE
INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF
THIS FAX IS PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE
NOTIFY US IMMEDIATELY BY TELEPHONE (COLLECT) AND RETURN THE ORIGINAL
FAX TO US BY FIRST CLASS MAIL AT THE ABOVE ADDRESS.

 **International Centre
for Dispute Resolution**

Thomas Ventrone
Vice President

1633 Broadway, 10th Floor, New York, NY 10019
telephone: 212-484-4181 facsimile: 212-246-7274
internet: http://www.adr.org/ICDR

July 16, 2007

**VIA FACSIMILE ONLY**

K. Ann McDonald, Esq.
Robinson Murphy & McDonald
61 Broadway, Suite 1415
New York, NY  10006

Steven C. Nelson, Esq.
Dorsey & Whitney
88 Queensway, Suite 3008
One Pacific Place
Hong Kong China

Re: 50 435 T 00214 06
    Akin Bay Company LLC
    vs
    Cornerstone Overseas Investment Limited
    and Cornerstone Strategic Management Limited

Dear Counsel:

Attached, please find a copy of the *Decision on Scope of Indemnification Under Wham-O Agreement*
dated July 13, 2007 and as signed by Mr. Davidson.

Please contact the undersigned, should you have any questions.

Very truly yours,

Andrea H. Bugbee
Senior International Case Manager
(212) 484-3299
BugbeeA@adr.org

cc: Robert B. Davidson, Esq.

Encl.

*A Division of the American Arbitration Association*

**INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION**

AKIN BAY COMPANY LLC

       Claimant,

       and

                              Case No. 50 435 T 00214 06

CORNERSTONE OVERSEAS INVESTMENT
LIMITED and CORNERSTONE STRATEGIC
MANAGEMENT LIMITED,

       Respondents.

## DECISION ON SCOPE OF INDEMNIFICATION
## UNDER WHAM-O AGREEMENT

By Interim Award dated April 20, 2007, the undersigned determined that, under Schedule I of the letter agreement dated April 1, 2004 between Respondent Cornerstone Overseas Investments, Limited ("COIL") and the Claimant ("Akin Bay") (hereinafter, the "COIL Agreement"), Akin Bay was entitled to payment of its counsel fees "as they are incurred", *i.e.*, as the arbitration progresses. The COIL Agreement, however, is but one of two contracts involved in this arbitration. The second agreement is dated November 21, 2005 and is between Respondent Cornerstone Strategic Management Limited ("Cornerstone") and Akin Bay (hereinafter, the "Wham-O Agreement"). Akin Bay now applies for payment of its counsel fees "as they are incurred" in connection with the enforcement of its rights under the Wham-O Agreement. Cornerstone contests Akin Bay's application and contends that Akin Bay is not entitled to this relief under Schedule I of that contract.

1

The operative language of the indemnification language in Schedule I to the Wham-O Agreement is substantially identical to the language in Schedule I to the COIL Agreement. Cornerstone, however, objects to paying Akin Bay's fees for prosecuting claims under the Wham-O Agreement arguing that additional provisions contained in the Wham-O Agreement evidence the parties' intention that Akin Bay not receive reimbursement of its counsel fees "as they are incurred" with respect to the Wham-O portion of the arbitration.

There are two differences in the agreements upon which Cornerstone relies. First, unlike in the COIL Agreement, disputes between the parties under the Wham-O Agreement are to be litigated rather than arbitrated. Second, Section 5 of the Wham-O Agreement permits Cornerstone to tender an insurance policy to Akin Bay which, if accepted, would substitute for Cornerstone's indemnification obligations under Schedule I. No such provision appears in the COIL Agreement.

Cornerstone argues that these different provisions compel the conclusion that Akin Bay is not entitled to its fees as they are incurred for enforcing its rights in this arbitration under the Wham-O Agreement.

After reading the parties' submissions and reviewing the Wham-O Agreement and its Schedule I, the undersigned concludes that the differences that appear in the Wham-O Agreement do not result in a different interpretation of Cornerstone's indemnification obligations. Accordingly, Cornerstone is to reimburse Akin Bay's counsel fees "as they

2

are incurred" in Akin Bay's prosecution of its claims under the Wham-O Agreement to the same extent, and subject to the same conditions and qualifications, as those set forth in the Interim Award relating to the COIL Agreement.

It is true that a provision providing for litigation as opposed to arbitration implies a slower and more technical process, but preliminary relief is theoretically available in the context of a state court proceeding if, for example, Akin Bay felt aggrieved by an inordinate delay in receiving a decision on the payment of its fees. Neither does the possibility of Cornerstone's covering its indemnification obligations with insurance compel a different conclusion. The Wham-O Agreement recites a 90-day term, with possible extensions, and it is quite conceivable—perhaps even likely—that Akin Bay's work on the Wham-O assignment would be completed and fully paid for prior to the assertion of a third-party claim. While an insurance policy would not likely be available to cover Cornerstone's obligations to pay the fees of Akin Bay in the event of a dispute over the underlying agreement, the insurance alternative in Section 5 is optional and not mandatory. Hence, the inference is that the parties understood that it might not be an option under all the circumstances. Further, the insurance policy can be obtained "[a]t any time after the date of [the Wham-O] Agreement." Thus, a policy might well be procured after Akin Bay's assignment has concluded and Akin Bay has been fully compensated. The mere existence of the insurance alternative is, therefore, insufficient to override the clear language in Schedule I.

3

For the reasons set forth above, Akin Bay's application is GRANTED and the Respondents are ORDERED to reimburse Akin Bay's reasonable counsel fees for the prosecution of its claims under the Wham-O Agreement as this arbitration proceeds. If a dispute arises as to the frequency of such reimbursements, or their amounts, either party may apply to the arbitrator for a prompt ruling.

A final fee will be set in the final Award rendered in this arbitration. The amount of such fee will consider the identity of the prevailing party, the work done, the results achieved, and the *bona fides* of the claims asserted. The arbitrator reserves the right to set a final fee that might require a disgorgement of fees previously advanced to Akin Bay if circumstances so warrant.

Dated: New York, NY
     July 13, 2007

_Robert B. Davidson_ SO
Robert B. Davidson, Arbitrator

4

Exhibit E

# ROBINSON & McDONALD LLP

## 61 BROADWAY
### NEW YORK, N.Y. 10006

212-953-3400
FAX: 212-953-3690

August 9, 2007

Memorandum to:  Steven C. Nelson, Esq.

Re:    Bills Through June 30, 2007

Steve, we previously sent you bills through May 31, 2007 for payment by

Cornerstone (see my memorandum to you of July 20, another copy of which is attached).

Attached hereto are our bills for June 2007.  They total $11,315.45.

The following is a summary of what is still owed from our previous bills plus the

new June statements:

| | | |
|---|---|---|
| Wham-O Bills through June 30, 2007: | $ 48,422.42 | |
| | 4,090.63 | |
| | 5,226.50 | |
| First Agreement Bills for April 1 through June 30, 2007 | 10,210.62 | |
| | 6,088.95 | |
| Total | $ 74,039.12[1] | |
| AAA Bills through July 6, 2007 | 39,175.00[2] | |
| | 113,214.12 | |
| Bank processing charges | 67.77 | |
| Grand Total | $113,281.89 | |

---

[1]  The $6,529.11 of outside copying charges for the document production that were unbilled as
of the time of my July 20 memorandum are now included in the June 30 bill.  As with the
$1,874.97 of similar charges on the May 31 bill, we allocated such charges 80% to the First
Agreement and 20% to Wham-O.
[2]  In my July 20 memorandum I told you that my number for the AAA bills included a
$1,952.50 invoice from JAMS.  The above $39,175.00 number excludes that $1,952.50 amount.
It turns out I should not have included it.  The total AAA bills are as set forth on the AAA
statement dated July 6, 2007 I previously sent to you (another copy attached).

The above summary can be reconciled to my July 20 memorandum as follows:

| | |
|---|---|
| Amount Owed per KAM 7/20/2007 Memo | $110,448.05 |
| Plus 6/30/2007 Bills:  Wham-O | 5,226.50 |
| First Agreement | 6,088.95 |
| | $121,763.50 |
| Minus $1,952.50 JAMS invoice | - 1,952.50 |
| | 119,811.00 |
| Minus $6,529.11 then unbilled copying charge (now billed and included in the 6/30/2007 statements) | - 6,529.11 |
| | $113,281.89 |

Finally, another copy of my proposed stipulation regarding the ongoing procedure for Cornerstone's payment of bills is attached.  Please call with any questions.

Steve, as I said in my e-mail of yesterday, it is important that these bills either be paid forthwith or that you tell me they will not be paid.  The current situation cannot continue -- where our clients incur fees (such as on the latest brief about the First Agreement), and all we get from Cornerstone is silence.  As of Monday, August 13, 2007, we will interpret silence as a refusal to comply with the Arbitrator's decisions and act accordingly.  Best regards.


K. Ann McDonald


Enclosures

2

NEW YORK ___August 00, 2007___

AKIN BAY COMPANY LLC                                                      DR

To    ROBINSON & MCDONALD LLP
COUNSELLORS AT LAW
61 BROADWAY
NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3568624

For professional services rendered
through June 30, 2007 in connection with
a dispute with Cornerstone Overseas
Investment Limited regarding 2004
Agreement (First Agreement)

Professional Services

| | | | Hours |
|---|---|---|---|
| 6/4/2007 | KAM | Telephone call P. Bepler re document production | 0.15 |
| 6/5/2007 | KAM | Telephone call re document production | 0.10 |
| 6/6/2007 | KAM | Telephone call D. Singer | 0.05 |
| 6/26/2007 | JSR | Telephone call client | 1.00 |
| 6/28/2007 | JSR | Telephone calls clients; revise bills; email S. Nelson | 0.30 |

| | | Amount |
|---|---|---|
| For professional services rendered | 1.60 | $680.00 |

AKIN BAY COMPANY LLC                          August 08, 2007


                                                      Page      2


         Additional Charges :

                                                          Amount


         Local Messenger                                  176.67
         Outside Copying                               5,223.28
         Photocopy                                          9.00
         Total costs                                   $5,408.95


         Total amount of this bill                     $6,088.95


                        Professional Summary

| Name | Hours | Rate |
| --- | --- | --- |
| Jayne S. Robinson | 1.30 | 425.00 |
| Kathryn Ann McDonald | 0.30 | 425.00 |

NEW YORK ___August 06, 2007___

AKIN BAY COMPANY LLC _____ DR

To    ROBINSON & MCDONALD LLP
COUNSELLORS AT LAW
61 BROADWAY
NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588824

For professional services rendered
through June 30, 2007 in connection with
a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

| | | | Hours |
|---|---|---|---|
| 6/4/2007 | KAM | Telephone call P. Bepler re document production | 0.15 |
| 6/5/2007 | KAM | Telephone call re document production | 0.10 |
| 6/6/2007 | KAM | Telephone call D. Singer | 0.05 |
| 6/18/2007 | JSR | Review Respondents' letter brief re fees | 0.40 |
| 6/19/2007 | JSR | Review documents (brief, contracts, interim award, etc.) and begin drafting letter brief in support of interim award | 2.00 |
| 6/20/2007 | JSR | Telephone call client; work on brief | 1.30 |
| 6/25/2007 | JSR | Letter brief; telephone call K.A. McDonald | 2.20 |
| 6/26/2007 | JSR | Brief | 0.80 |

AKIN BAY COMPANY LLC                                    August 08, 2007

Page    2

|  |  |  | Hours |
|---|---|---|---|
| 6/27/2007 | JSR | Telephone call re brief | 0.50 |
| 6/28/2007 | JSR | Telephone call clients; revise bills; email S. Nelson | 0.30 |
| 6/29/2007 | JSR | Finalize and submit brief | 1.30 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 9.10 | $3,867.50 |

Additional Charges :

| Local Messenger | 44.17 |
|---|---|
| Outside Copying | 1,305.83 |
| Photocopy | 9.00 |
| Total costs | $1,359.00 |

| Total amount of this bill | $5,226.50 |
|---|---|

Professional Summary

| Name | Hours | Rate |
|---|---|---|
| Jayne S. Robinson | 8.80 | 425.00 |
| Kathryn Ann McDonald | 0.30 | 425.00 |

Read Message - SmarterMail                                    Page 1 of 1

| | | |
|---|---|---|
| **From:** | "Ann McDonald" <ann@robinsonmcdonald.com> | **Date:** Saturday, July 21, 2007 12:15 AM |
| **To:** | nelson.steve@dorsey.com | **HTML | Plain Text | Header | Raw Content** |
| **CC:** | jayne@robinsonmcdonald.com, singer.david@dorsey.com | |
| **Subject:** | Re:Akin Bay v. Cornerstone | |
| **Attachments:** | Nelson-7-20[1].doc, Wham-O-Attachment.pdf, Stip-FeePayment.doc | |

Dear Steve,
  See attached.

        Ann

K. Ann McDonald, Esq.
Robinson & McDonald LLP
61 Broadway, Suite 1415
New York, New York 10006
Tel.: 212 953-3889
Fax: 212 953-3690

Confidentiality Notice: This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless
explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not
intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code
or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**ROBINSON & McDONALD LLP**

61 Broadway

NEW YORK, N.Y. 10006

212-953-3400

FAX: 212-953-3690

July 20, 2007

Memorandum to: Steven C. Nelson, Esq.

Re:    Akin Bay v. Cornerstone

Steve, thank you for your e-mail of July 19, 2007 in which you said you would be getting together with Mr. Hsieh about our outstanding bills shortly. We thought it might aid you in that meeting to have copies of all the bills that have not been paid to date.

1.    Bills Through March 31, 2007

On or about May 9, 2007 we sent you a memorandum seeking payment of Robinson & McDonald ("R&M") bills through March 31, 2007 and AAA expenses through May 9, 2007. The fees and expenses referred to in that memorandum were as follows:

| | |
|---|---|
| Wham-O | $ 48,422.42 |
| First Agreement | $ 47,632.63 |
| AAA | $15,777.50 |

In response, Cornerstone paid $47,632.63, and R&M received $47,564.86. Therefore with respect to our May 9, 2007 memorandum (and in light of the arbitrator's recent decision that Akin Bay's fees with respect to the Wham-O Agreement must also be paid), please have Cornerstone send the following amounts by wire transfer:

| | |
|---|---|
| Wham-O Agreement | $ 48,422.42 |
| AAA | 15,777.50 |
| | $ 64,199.92 |

In addition, on June 26 and 29, 2007, Jayne Robinson sent e-mails enclosing our bills for April through May 2007, a bill from the AAA and certain as yet unbilled charges for

coping related to document production (additional copies are attached hereto). There has to date been no payment of those amounts, which are:

| | |
|---|---:|
| Wham-O Agreement | $ 4,090.63 |
| First Agreement | 10,210.62 |
| AAA | 3,250.00 |
| Copying Charges | 6,529.11 |
| | $24,080.36 |

Furthermore, we have recently received a further bill from the AAA (as I know you have) for a further $22,100. This bill is attached.

In summary, Cornerstone now owes the following amounts:

| | |
|---|---:|
| Previously Billed: | $ 64,199.92 |
| | 24,080.36 |
| Recent AAA Bill | 22,100.00 |
| Bank Processing Charges | 67.77 |
| Grand Total | $110,448.05 |

Please have your client send $110,448.05 by wire transfer pursuant to the following instructions:

> Bank of New York
> Robinson & McDonald LLP
> Account # 6301542028
> ABA Routing # 021000018
> Swift # IRVTUS3N

Please tell your client not to send us a foreign check again. It took almost three weeks to clear, and that is unacceptable.

Finally, we will be sending our June bills shortly, and I want to put a procedure in place for paying these bills on a regular basis. Although I have not heard from you regarding the procedure suggested in my e-mail of July 6, 2007, attached hereto is a proposed stipulation on the assumption that such proposal will probably be acceptable to you.

If you have any questions or comments, please give me a call. If you wish to talk

over the weekend, I will be at (860) 354-2139.  Best regards.

K. Ann McDonald

Enclosures

JUL. 6. 2007  8:21AM                                    NO. 3682  P. 3

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

1633 Broadway
10th Floor
New York, NY 10019

| STMT DATE | AMOUNT DUE |
|---|---|
| 07/08/2007 | 25350.00 |

**CASE#**
50-435-T-00214-06 01 ANBU-R

Payment Due Upon Receipt

## INVOICE/STATEMENT

K. Ann McDonald Esq.
Robinson Murphy & McDonald
61 Broadway, Suite 1415
New York NY 10006

Representing Akin Bay Company LLC
Re: Cornerstone Overseas Investment Limited
and Cornerstone Strategic Management Limited

---

Please Detach and Return with Payment to the Above Address          Please Indicate Case No. on check

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

1633 Broadway
10th Floor
New York, NY 10019

NAME    K. Ann McDonald Esq.
        Robinson Murphy & McDonald
        61 Broadway, Suite 1415
        New York NY 10006

Representing Akin Bay Company LLC
Re: Cornerstone Overseas Investment Limited
and Cornerstone Strategic Management Limited

| STMT DATE | CASE# | PREVIOUS BALANCE | CURRENT CREDITS | NEW CHARGES | TOTAL BALANCE DUE |
|---|---|---|---|---|---|
| 07/08/2007 | 50-435-T-00214-06 01 ANBU-R | 0.00 | 13825.00- | 39175.00 | 25350.00 |

| DATE | REF# | DESCRIPTION | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 05/22/2006 | 9271057 | Initial Administrative Fee | 8000.00 | | |
| 05/24/2006 | 2290 | Payment recvd from : coll ck/Akin Bay Company, LLC | | 8000.00 - | |
| 01/22/2007 | 9397600 | Your share of the Neutral Compensation Deposit covering 8 hours of Preliminary Matters | 2200.00 | | |
| 02/08/2007 | 2500 | Payment recvd from : coll ck/Akin Bay Company, LLC | | 2200.00 - | |
| 01/22/2007 | 9397671 | Your share of the arbitrator expense deposit | 50.00 | | |
| 02/08/2007 | 2500 | Payment recvd from : coll ck/Akin Bay Company, LLC | | 50.00 - | |
| 04/02/2007 | 9436186 | Your Share of the Neutral Compensation Deposit covering 13 hours of Study | 3575.00 | | |
| 04/24/2007 | 2565 | Payment recvd from : coll ck/Akin Bay Company LLC | | 3575.00 - | |
| 06/04/2007 | 9469166 | Case Service Fee | 3250.00 | | 3250.00 |
| 07/06/2007 | 9485450 | Your Share of the Neutral Compensation Deposit covering 5 days of Hearing | 11000.00 | | 11000.00 |
| 07/06/2007 | 9485452 | Your Share of the Neutral Compensation Deposit covering 40 hours of Study | 11000.00 | | 11000.00 |

Remarks:  For any inquiry please call: 212-484-3289
          This is a full statement showing all financial activity on this case.

| TOTAL BALANCE DUE | 25950.00 |
|---|---|

Please Indicate Case No. on check

| INVOICE SUMMARY: | | NET BILLED | NET PAID | NET DUE |
|---|---|---|---|---|
| | INITIAL/COUNTER-CLAIM FEES | 11250.00 | 8000.00 | 3250.00 |
| | HEARING/POSTPONEMENT/ROOM/PROCESSING FEES | 0.00 | 0.00 | 0.00 |
| | REALLOCATION AT CASE END FEES | 0.00 | 0.00 | 0.00 |
| | NEUTRAL COMPENSATION/EXPENSES | 27825.00 | 5825.00 | 22100.00  EIN: 13-0428745 |

· JUL. 6. 2007 8:21AM                                    NO. 3682  P. 4

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

1633 Broadway
10th Floor
New York, NY 10019

| | #2 |
|---|---|
| **STMT DATE** | **AMOUNT DUE** |
| 07/09/2007 | 25350.00 |
| | **CASE#** |
| 50-435-T-00214-06 01 ANBU-R | |

Payment Due Upon Receipt

## INVOICE/STATEMENT

K. Ann McDonald Esq.
Robinson Murphy & McDonald
61 Broadway, Suite 1415
New York NY 10006

Representing Akin Bay Company LLC
Re: Cornerstone Overseas Investment Limited
and Cornerstone Strategic Management Limited

Please Detach and Return with Payment to the Above Address        Please Indicate Case No. on check

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

1633 Broadway
10th Floor
New York, NY 10019

NAME    K. Ann McDonald Esq.
Robinson Murphy & McDonald
61 Broadway, Suite 1415
New York NY 10006

Representing Akin Bay Company LLC
Re: Cornerstone Overseas Investment Limited
and Cornerstone Strategic Management Limited

| STMT DATE | CASE# | PREVIOUS BALANCE | CURRENT CREDITS | NEW CHARGES | TOTAL BALANCE DUE |
|---|---|---|---|---|---|
| 07/09/2007 | 50-435-T-00214-06 01 ANBU-R | 0.00 | 13825.00- | 39175.00 | 25350.00 |

| DATE | REF# | DESCRIPTION | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 07/08/2007 | 9485454 | Your share of the arbitrator expense deposit | 100.00 | | 100.00 |

Remarks:  For any inquiry please call: 212-484-3298
This is a full statement showing all financial activity on this case.

| TOTAL BALANCE DUE | 25350.00 |
|---|---|

Please Indicate Case No. on check

| INVOICE SUMMARY: | | NET BILLED | NET PAID | NET DUE | |
|---|---|---|---|---|---|
| | INITIAL/COUNTER-CLAIM FEES | 11250.00 | 8000.00 | 3250.00 | |
| | HEARING/POSTPONEMENT/ROOM/PROCESSING FEES | 0.00 | 0.00 | 0.00 | |
| | REALLOCATION AT CASE END FEES | 0.00 | 0.00 | 0.00 | |
| | NEUTRAL COMPENSATION/EXPENSES | 27925.00 | 5825.00 | 22100.00 | EIN: 13-0429745 |

Draft 7/20/2007

AMERICAN ARBITRATION ASSOCIATION
INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

```
- - - - - - - - - - - - - - - - - - - - - - - -x
                                               :
Akin Bay Company LLC,                          :
                                               :   Case No.  50 435 T 00214 06
              Claimant,                        :
                                               :
      -against-                                :
                                               :
Cornerstone Overseas Investment Limited        :
and Cornerstone Strategic Management           :
Limited,                                       :
                                               :
              Respondents.                     :
- - - - - - - - - - - - - - - - - - - - - - - -x
```

## STIPULATION REGARDING PAYMENT
## OF FEES AND EXPENSES OF AKIN BAY

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel for the parties:

1.       With respect to invoices sent to Akin Bay or its counsel by the American

Arbitration Association ("AAA") or JAMS (collectively "AAA Expenses"), Respondents shall

pay the full amount of such invoices within 5 days of the transmission of such invoice by e-mail

to Steve Nelson and David Singer, counsel for Respondents.

2.       With respect to statements sent to Akin Bay by its counsel, Robinson &

McDonald, for legal fees and expenses ("Attorney Statements"), Respondents shall pay the full

amount of such Attorney Statements within 10 days of the transmission of such Attorney

Statements by e-mail to Steve Nelson and David Singer, counsel for Respondents, except as set

forth in paragraphs 3 and 4 below.

1

3.    In the event that counsel for Respondents has an objection or query with respect to any portion of the Attorney Statements, then Respondents shall pay the portion of such Attorney Statement that does not relate to such objection or query pursuant to the terms of paragraph 2 above.  With respect to the portion of the Attorney Statement that does relate to such objection or query (the "Disputed Amount"), counsel for the parties shall have a further 10 days (i.e., 20 days from the initial transmission of the Attorney Statement to counsel for Respondents) to resolve the issue ("10 Day Resolution Period").

4.    If, by the end of such 10 Day Resolution Period, Respondents have agreed to pay all or any portion of the Disputed Amount, such payment shall be made within 5 days of the end of such 10 Day Resolution Period, and either party may seek a ruling from the Arbitrator with respect to any remaining issues.

5.    All payments made by Respondents pursuant to this Stipulation shall be made by wire transfer to Robinson & McDonald, as follows:

> Bank of New York
> Robinson & McDonald LLP
> Account # 6301542028
> ABA Routing # 021000018
> Swift # IRVTUS3N

Dated: July __, 2007


ROBINSON & McDONALD LLP                    DORSEY & WHITNEY


By _____        By:_____
        K. Ann McDonald, Esq.                    Steven C. Nelson, Esq.

61 Broadway                                88 Queensway
New York, NY  10006                        Suite 3008
Tel.: (212) 953-3400                       One Pacific Place
        Attorneys for Claimants            Hong Kong, China
                                                   Attorneys for Respondents


2

3

Read Message - SmarterMail                                                          Page 1 of 1

| | | |
|---|---|---|
| **From:** | "Ann McDonald" <ann@robinsonmcdonald.com> | **Date:** Thursday, July 26, 2007 10:59 PM |
| **To:** | nelson.steve@dorsey.com | HTML | Plain Text | Header | Raw Content |
| **CC:** | jayne@robinsonmcdonald.com, singer.david@dorsey.com | |

Dear Steve,
   I need to hear from you soon re Cornerstone's payment of its obligatioins pursuant to the Arbitrator's orders. I do understand that you, like me, are busy with other things. However, unless I hear from you very soon, I am going to have to raise with Mr. Davidson your client's failure to pay our bills, and seek as as order that which I have proposed to you as a stipulation. Given everything that's going on (including your side's recent brief that admits that T&M Fees were payable for M&A work), would it make sense for you and me to talk over the weekend (and before we file our brief next Tuesday)? If so, please e-mail me when you would be available. I will be in the country over the weekend at 860 354-2139. Feel free to call--I sort of think we need to talk a bit. Best regards,

   Ann

K. Ann McDonald, Esq.
Robinson & McDonald LLP
61 Broadway, Suite 1415
New York, New York 10006
Tel.: 212 953-3889
Fax: 212 953-3690

Confidentiality Notice:  This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that, unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Read Message - SmarterMail                    http://mail.robinsonmurphymcdonald.com/Main/frmReadMail_Body..

| | | |
|---|---|---|
| **From:** | "Ann McDonald" <ann@robinsonmcdonald.com> | **Previous** |
| **To:** | nelson.steve@dorsey.com, singer.david@dorsey.com | **Date:** Wednesday, July 25, 2007 3:10 PM |
| **Subject:** | fw: Re:My Memo of July 20 | **HTML | Plain Text | Header | Raw Content** |

Hi David,
    Don't mean to nag, but will you have a response soon re my request for a brief extension--end of the e-mail I sent last night--even if you don't yet have a response on the rest of my queries?

    Ann

K. Ann McDonald, Esq.
Robinson & McDonald LLP
61 Broadway, Suite 1415
New York, New York 10006
Tel.: 212 953-3889
Fax: 212 953-3690

Confidentiality Notice: This e-mail is sent by a law firm and may contain information that is privileged or confidential.

If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** "Ann McDonald" <ann@robinsonmcdonald.com>
**Sent:** Wednesday, July 25, 2007 1:43 AM
**To:** nelson.steve@dorsey.com>,<singer.david@dorsey.com
**Subject:** Re:My Memo of July 20

Dear Steve,
    In my memo to you dated July 20, I included in the amount owed by your client $1,952.50 that I had thought Akin Bay had paid directly to JAMS (we do have an invoice from JAMS for that amount, and I thought we had paid it). See footnote 2 to my memo. I am now not so sure that amount was paid to JAMS itself (it might have been included in what the AAA billed). I obviously want to make sure we are not double billing your client, so please for the moment subtract $1,952.50 from the $110,448.05 Cornerstone needs to wire transfer to Robinson & McDonald. When I get to the bottom of the JAMS invoices, I will get back to you. I also have a message from the AAA asking whether we paid "Mr. Davidson" directly. I assume they mean did we pay JAMS directly. I called Andrea back, but we haven't actually connected yet. It may be that the AAA is also confused (what a surprise!).
    Having not heard from you or David at all about any of this (including the stipulation re procedures for payment), I am concerned that the motion I should be working on should be a default judgment motion and not the "interpretive issue" brief I am working on now. Please try to get back to me ASAP re the stip.and when we should expect payment of the outstanding bills. Meanwhile, I do not want want to waste my time on a response re the interpretive issue if your client is just going to ignore the arbitrator's ruling. At the same time, I do not want to put off that issue at all. To be perfectly honest, I also have an emergency I am working on for a large European client (TRO, preliminary injunction etc...)--notice I am writing this to you at 1:45 a.m. New York time--and I would appreciate a brief exension for our currently due brief. My response re the "interpretive issue" is now due Friday, July 27. Can I have until Tuesday, July 31? Meanwhile, I hope we can work out this week whether we have a problem about your client paying or not? Best regards,

    Ann

K. Ann McDonald, Esq.
Robinson & McDonald LLP
61 Broadway, Suite 1415
New York, New York 10006

Tel.: 212 953-3889
Fax: 212 953-3690

Confidentiality Notice: This e-mail is sent by a law firm and may contain information that is privileged or confidential.

If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

| From: | "Ann McDonald" <ann@robinsonmcdonald.com> | **Date:** Saturday, July 21, 2007 12:15 AM |
|---|---|---|
| To: | nelson.steve@dorsey.com | HTML | Plain Text | Header | Raw Content |
| CC: | jayne@robinsonmcdonald.com, singer.david@dorsey.com | |
| Subject: | Re:Akin Bay v. Cornerstone | |
| Attachments: | Nelson-7-20[1].doc, Wham-O-Attachment.pdf, Stip-FeePayment.doc | |

Dear Steve,
    See attached.

        Ann

K. Ann McDonald, Esq.
Robinson & McDonald LLP
61 Broadway, Suite 1415
New York, New York 10006
Tel.: 212 953-3889
Fax: 212 953-3690

Confidentiality Notice: This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# ROBINSON & MCDONALD LLP

## 61 Broadway
## NEW YORK, N.Y. 10006
212-953-3400
FAX: 212-953-3690

July 20, 2007

Memorandum to:  Steven C. Nelson, Esq.

Re:   Akin Bay v. Cornerstone

Steve, thank you for your e-mail of July 19, 2007 in which you said you would be

getting together with Mr. Hsieh about our outstanding bills shortly.  We thought it might aid you

in that meeting to have copies of all the bills that have not been paid to date.

1.     Bills Through March 31, 2007

On or about May 9, 2007 we sent you a memorandum seeking payment of

Robinson & McDonald ("R&M") bills through March 31, 2007 and AAA expenses through May

9, 2007.  The fees and expenses referred to in that memorandum were as follows:

|                  |              |
|------------------|--------------|
| Wham-O           | $ 48,422.42  |
| First Agreement  | $ 47,632.63  |
| AAA              | $15,777.50   |

In response, Cornerstone paid $47,632.63, and R&M received $47,564.86.[1]  Therefore with

respect to our May 9, 2007 memorandum (and in light of the arbitrator's recent decision that

Akin Bay's fees with respect to the Wham-O Agreement must also be paid), please have

Cornerstone send the following amounts by wire transfer:

|                   |                  |
|-------------------|------------------|
| Wham-O Agreement  | $ 48,422.42      |
| AAA               | 15,777.50[2]     |
|                   | $ 64,199.92      |

---

[1]   The $67.77 difference was Hong Kong and New York bank processing fees occasioned by the manner of the transfer (foreign check).

[2]   This amount includes $1,952.50 invoiced by JAMS. There may be an additional amount that was paid to JAMS—I am checking on it and will get back to you.

In addition, on June 26 and 29, 2007, Jayne Robinson sent e-mails enclosing our bills for April through May 2007, a bill from the AAA and certain as yet unbilled charges for coping related to document production (additional copies are attached hereto). There has to date been no payment of those amounts, which are:

| | |
|---|---|
| Wham-O Agreement | $ 4,090.63 |
| First Agreement | 10,210.62 |
| AAA | 3,250.00 |
| Copying Charges | 6,529.11 |
| | $24,080.36 |

Furthermore, we have recently received a further bill from the AAA (as I know you have) for a further $22,100. This bill is attached.

In summary, Cornerstone now owes the following amounts:

| | |
|---|---|
| Previously Billed: | $ 64,199.92 |
| | 24,080.36 |
| Recent AAA Bill | 22,100.00 |
| Bank Processing Charges | 67.77 |
| Grand Total | $110,448.05 |

Please have your client send $110,448.05 by wire transfer pursuant to the following instructions:

> Bank of New York
> Robinson & McDonald LLP
> Account # 6301542028
> ABA Routing # 021000018
> Swift # IRVTUS3N

Please tell your client not to send us a foreign check again. It took almost three weeks to clear, and that is unacceptable.

Finally, we will be sending our June bills shortly, and I want to put a procedure in place for paying these bills on a regular basis. Although I have not heard from you regarding the procedure suggested in my e-mail of July 6, 2007, attached hereto is a proposed stipulation on the assumption that such proposal will probably be acceptable to you.

If you have any questions or comments, please give me a call.  If you wish to talk over the weekend, I will be at (860) 354-2139.  Best regards.


                              K. Ann McDonald

Enclosures

Akin Bay

Wham-O -- From May 9, 2007
Memo

~~May 31, 2006~~

AKIN BAY COMPANY LLC                                                              DR

To    ROBINSON & MCDONALD LLP
COUNSELLORS AT LAW
61 BROADWAY
NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588924

For professional services rendered
through April 30, 2006 in connection with
a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 4/2/2006 | KAM | Review materials from client telephone call J. Robinson | 1.60 |
| 4/3/2006 | KAM | Preparation for meeting and attend meeting at client's offices | 2.50 |
| 4/4/2006 | KAM | Telephone call P. Bepler | 0.10 |
| 4/10/2006 | JSR | Conference K.A. McDonald; work on estimate; review Wham-O contract | 0.60 |
|  | KAM | Telephone call client; review of documents from client; conference J. Robinson; preparation of cost estimate | 1.55 |
| 4/11/2006 | KAM | Finalize cost estimate | 0.60 |
|  | JSR | Work on estimate | 0.50 |
| 4/17/2006 | KAM | Telephone call P. Bepler | 0.35 |
|  | JSR | Telephone call P. Bepler | 0.35 |

AKIN BAY COMPANY LLC                          May 31, 2006

                                                    Page   2

                                                        Hours

| | | | |
|---|---|---|---|
| 4/18/2006 | KAM | Telephone call P. Bepler; memorandum to P. Bepler | 0.15 |
| | JSR | Telephone call P. Bepler | 0.10 |
| 4/19/2006 | KAM | Conference J. Robinson re strategy | 0.25 |
| 4/20/2006 | KAM | Prepare for telephone call with client; telephone call client | 0.45 |
| | JSR | Telephone call clients | 0.25 |
| 4/25/2006 | KAM | Telephone call P. Bepler | 0.05 |
| 4/26/2006 | KAM | Work on Statement of Claim; respond to client e-mails | 1.15 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 10.55 | $4,483.75 |

### Professional Summary

| Name | Hours | Rate |
|---|---|---|
| Jayne S. Robinson | 1.80 | 425.00 |
| Kathryn Ann McDonald | 8.75 | 425.00 |

June 20, 2006

AKIN BAY COMPANY LLC                                                  Dr

To    ROBINSON & McDONALD LLP
COUNSELLORS AT LAW
61 BROADWAY
NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588024

For professional services rendered
through May 31, 2006 in connection with
a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

| | | | Hours |
|---|---|---|---|
| 5/1/2006 | KAM | Work on Statement of Claim; conference P. Bepler | 1.50 |
| 5/2/2006 | KAM | Review of documents from client | 0.20 |
| 5/3/2006 | KAM | Work on Statement of Claim | 1.55 |
| 5/4/2006 | KAM | Work on Statement of Claim | 1.15 |
| 5/5/2006 | KAM | Telephone call P. Bepler | 0.05 |
| 5/9/2006 | KAM | Review of e-mails from clients | 0.30 |
| 5/10/2006 | KAM | Review of e-mails from client; work on Statement of Claim; e-mails to P. Bepler | 2.20 |
| 5/11/2006 | KAM | Re-draft Statement of Claim; e-mail to P. Bepler | 1.60 |

AKIN BAY COMPANY LLC                          June 20, 2006

Page    2

|            |     |                                                                                                          | Hours |
|------------|-----|----------------------------------------------------------------------------------------------------------|-------|
| 5/12/2006  | KAM | Work on Statement of Claim; telephone call clients                                                        | 0.70  |
|            | JSR | Review draft statement of claim                                                                           | 0.10  |
| 5/15/2006  | KAM | E-mails with client; work on Statement of Claim; organize exhibits                                        | 4.60  |
|            | JSR | Review draft Statement of Claim; conference K.A. McDonald                                                 | 0.25  |
| 5/16/2006  | KAM | Work on Statement of Claim; e-mails with client; review and organize exhibits                             | 3.60  |
| 5/17/2006  | KAM | Finalize Statement of Claim; telephone calls P. Bepler; organize exhibits; draft letters to AAA, Hsieh and Nelson | 1.60  |
|            | JSR | Telephone call P. Bepler; conference K.A. McDonald; final review Statement of Claim                       | 0.50  |
| 5/22/2006  | KAM | Telephone call S. Nelson; telephone call P. Bepler                                                        | 0.15  |
| 5/23/2006  | KAM | E-mail to clients re Nelson conversation; telephone clients re same                                       | 0.45  |
| 5/24/2006  | KAM | Review of AAA letter and rules; e-mails to client and S. Nelson                                           | 0.15  |
| 5/31/2006  | KAM | Telephone call S. Nelson; telephone call P. Bepler; telephone call Bepler and Rybakoff                    | 1.00  |
|            | JSR | Telephone calls S. Nelson, P. Bepler, and J. Rybakoff re arbitration                                      | 1.00  |

AKIN BAY COMPANY LLC                          June 20, 2006

                                                    Page    3

                                                           Hours

                                              Hours        Amount

        For professional services rendered    22.65    $ 9,626.25


        Additional Charges:

        Local Messenger                                       4.64
        OT Word Proc.                                        87.00
        Photocopy                                           565.23

        Total costs                                       $656.87


        Total amount of this bill                       $10,283.12


                     Professional Summary

Name                                          Hours        Rate
Jayne S. Robinson                              1.85      425.00
Kathryn Ann McDonald                          20.80      425.00

NEW YORK _____ August 03, 2006

## AKIN BAY COMPANY LLC

DR

To   ROBINSON & McDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3586824

For professional services rendered
through June 30, 2006 in connection with
a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

| Date | | | | Hours |
|------|---|---|---|-------|
| | | | | |
| 6/1/2006 | KAM | Telephone call with AAA and S. Nelson; telephone call P. Bepler; conference J. Robinson | | 3.15 |
| | JSR | Conference AAA; conference K.A. McDonald re court vs. arbitration issues; telephone call P. Bepler | | 3.15 |
| 6/2/2006 | KAM | Conference J. Robinson re contract interpretation; telephone call P. Bepler re same | | 1.80 |
| 6/8/2006 | KAM | Telephone call P. Bepler; telephone call AAA and S. Nelson; conference J. Robinson re strategy | | 0.25 |
| | JSR | Review AAA commercial, securities and international rules in preparation for AAA conference; telephone call S. Nelson; telephone call AAA; telephone call P. Bepler | | 0.75 |

AKIN BAY COMPANY LLC                          August 03, 2006

                                                          Page    2

|                                      | Hours  | Amount     |
|--------------------------------------|--------|------------|
| For professional services rendered   | 09.10  | $3,867.50  |

Additional Charges:

| Westlaw   |   120.79   |
|-----------|------------|
| Total costs |  $120.79 |

Total amount of this bill                        $3,988.29

### Professional Summary

| Name                  | Hours | Rate   |
|-----------------------|-------|--------|
| Jayne S. Robinson     | 3.90  | 425.00 |
| Kathryn Ann McDonald  | 5.20  | 425.00 |

October 02, 2006

AKIN BAY COMPANY LLC                                                OR

To    ROBINSON & McDONALD LLP
COUNSELLORS AT LAW
61 BROADWAY
NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588024

For professional services rendered
through August 31, 2006 in connection
with a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

| Date | | | Hours |
|---|---|---|---|
| | | | Hours |
| 7/6/2006 | JSR | Review answer and counterclaim; telephone call P. Bepler | 0.30 |
| | KAM | Review of Cornerstone Answer; telephone call P. Bepler | 0.55 |
| 7/10/2006 | KAM | Review of Cornerstone's Answer; telephone call clients | 1.60 |
| 7/11/2006 | KAM | Telephone calls P. Bepler | 0.20 |
| 7/20/2006 | JSR | Conference re arbitrators | 0.25 |
| | KAM | Conference re arbitrators | 0.25 |
| 7/26/2006 | KAM | Telephone call P. Bepler | 0.15 |
| 8/1/2006 | KAM | Telephone call P. Bepler | 0.10 |
| 8/21/2006 | KAM | Work on draft Response to Answer and Counterclaims | 4.50 |

AKIN BAY COMPANY LLC                              October 02, 2006

                                                                    Page 2

                                                                    Hours

| Date | | Description | Hours |
|---|---|---|---|
| 8/22/2006 | JSR | Draft discovery demand; work on answer to counterclaim | 2.75 |
| | KAM | Work on response; telephone calls P. Bepler; conference J. Robinson | 3.60 |
| 8/23/2006 | JSR | Work on answer to counterclaim | 1.75 |
| | KAM | Work on response; conference J. Robinson; telephone call AAA | 2.75 |
| 8/24/2006 | KAM | Work on response | 1.75 |
| 8/28/2006 | KAM | Work on response | 1.50 |
| 8/29/2006 | KAM | Work on response | 0.75 |
| 8/30/2006 | KAM | Work on response | 0.50 |
| 8/31/2006 | KAM | Telephone call P. Bepler; work on response | 0.25 |

                                                                    Amount

For professional services rendered    23.50    $9,987.50

Additional Charges :

Local Messenger                                          4.63
OTWordProc.                                            145.00
Photocopy                                               56.00

Total costs                                            $205.63

Total amount of this bill                           $10,193.13

AKIN BAN COMPANY LLC                                    October 02, 2006


                                                       Page 3


                        Professional Summary

| Name | Hours | Rate |
|------|-------|------|
| Jayne S. Robinson | 5.05 | 425.00 |
| Kathryn Ann McDonald | 18.45 | 425.00 |

November 02, 2006

OR

AKIN BAY COMPANY LLC

To    ROBINSON & McDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588824

For professional services rendered
through September 30, 2006 in connection
with a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

| Date | | | Hours |
|------|---|---|-------|
| 9/5/2006 | KAM | Work on response to counterclaim | 1.40 |
| 9/6/2006 | JSR | Work on answer to counterclaim | 1.85 |
| | KAM | Work on and finalize response; numerous e-mails and telephone calls clients; finalize exhibits; telephone call S. Nelson; telephone call AAA | 5.50 |
| 9/11/2006 | KAM | Telephone call P. Bepler | 0.10 |
| 9/18/2006 | KAM | Telephone call P. Bepler | 0.10 |
| 9/20/2006 | KAM | E-mails; telephone calls re arbitrator | 0.40 |
| 9/21/2006 | KAM | E-mails; letter to AAA | 0.20 |
| 9/27/2006 | KAM | Telephone call clients re possible witness | 0.90 |

**AKIN BAY COMPANY LLC**                                    November 02, 2006

Page 2

|                                      | Hours  | Amount      |
|--------------------------------------|--------|-------------|
| For professional services rendered   | 10.00  | $4,250.00   |

Additional Charges:

| | |
|----------------------|-----------|
| Courier              | 45.01     |
| OTWordProc.          | 159.50    |
| Outside Copying      | 44.40     |
| Total costs          | $248.91   |
| Total amount of this bill | $4,498.91 |

### Professional Summary

| Name                 | Hours | Rate   |
|----------------------|-------|--------|
| Jayne S. Robinson    | 1.85  | 425.00 |
| Kathryn Ann McDonald | 8.15  | 425.00 |

NEW YORK
November 17, 2006

AKIN BAY COMPANY LLC

DR

To    ROBINSON & McDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3566824

For professional services rendered through
October 31, 2006 in connection with a
dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 10/20/2006 | KAM | Telephone call Bepler; Rybakoff | 0.35 |
| 10/26/2006 | KAM | Work on document demand | 0.15 |
| 10/27/2006 | KAM | Finalize document demand | 0.10 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 0.60 | $255.00 |

Additional Charges :

| Courier | 17.76 |
|---|---|
| Photocopy | 5.40 |

| Total costs | $23.16 |
|---|---|

| Total amount of this bill | $278.16 |
|---|---|

AKIN BAY COMPANY LLC                    November 17, 2006


                                                    Page     2


### Professional Summary

| Name | Hours | Rate |
|------|-------|------|
| Kathryn Ann McDonald | 0.60 | 425.00 |

NEW YORK _____

AKIN BAY COMPANY LLC

_____ OR

To    ROBINSON & McDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3586024

For professional services rendered
through February 28, 2007 in connection
with a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

| Date | | Description | Hours |
|---|---|---|---|
| 11/14/2006 | KAM | Work on settlement; telephone call P. Bepler re same | 0.90 |
| 12/4/2006 | KAM | Preparation for settlement discussions (review chart from client; draft summary charts) | 0.85 |
| 12/5/2006 | KAM | Work on damages charts | 0.40 |
| 12/13/2006 | KAM | Telephone call client | 0.10 |
| 12/21/2006 | KAM | Research re service of process; conference J. Robinson re same | 2.50 |

AKIN BAY COMPANY LLC                              March 12, 2007

Page    2

                                                           Hours

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/21/2006 | JSR | Research re service of process in Hong Kong under Hague and Rule 4; review cases | 2.00 |
| 12/27/2006 | KAM | Work on damage number charts; conference J. Robinson re lawsuit | 1.75 |
| | JSR | Review Wham-O Agreement; initial drafting of complaint for reimbursement | 2.90 |
| 12/28/2006 | JSR | Draft complaint | 3.10 |
| 12/29/2006 | JSR | Revise complaint; prepare exhibits; draft demand letter for reimbursement | 2.60 |
| 1/1/2007 | KAM | Review and comment on draft complaint | 1.00 |
| 1/2/2007 | KAM | Preparation for settlement conference with S. Nelson (review damages numbers and Cornerstone Answer); Conference J. Robinson re Wham-O lawsuit | 1.75 |
| | JSR | Revise complaint | 0.10 |
| 1/3/2007 | JSR | Conference K.A. McDonald; telephone call S. Nelson; telephone call P. Bepler | 0.75 |
| | KAM | Preparation for settlement conference; telephone calls S. Nelson; conference J. Robinson and telephone client re settlement | 1.05 |
| 1/12/2007 | KAM | Work on demand letter to Hsieh; memorandum to client and e-mail re same | 0.25 |
| 1/16/2007 | KAM | Finalize demand letter; e-mails to AAA and client | 0.10 |
| 1/18/2007 | JSR | Revise complaint to incorporate client comments | 0.50 |

AKIN BAY COMPANY LLC                          March 12, 2007

Page    3

Hours

| Date | Initials | Description | Hours |
|---|---|---|---|
| 1/19/2007 | JSR | Review and revise draft complaint | 0.30 |
| 1/29/2007 | JSR | Proofread changes to draft complaint; review cases re jurisdiction | 0.40 |
|  | KAM | Telephone call client; legal research re amount in controversy | 0.80 |
| 2/6/2007 | KAM | Telephone call client; work on Wham-O complaint | 1.50 |
| 2/7/2007 | KAM | Mark up draft complaint | 0.50 |
| 2/21/2007 | KAM | Telephone call P. Bepler and conference J. Robinson re Wham-O litigation | 0.55 |
| 2/22/2007 | KAM | Finalize objections to document demand; e-mail to S. Nelson re same; telephone client re same; telephone client re Wham-O litigation | 0.50 |

Amount

For professional services rendered       27.75  $11,793.75

Additional Charges :

| | |
|---|---|
| Courier | 17.76 |
| CourtAlert.com | 8.56 |
| DLS Fee | 70.00 |
| Filing Fees | 210.00 |
| Outside Copying | 306.05 |
| Photocopy | 75.00 |
| Westlaw | 861.43 |

Total costs                                 $1,548.80

Total amount of this bill                   $13,342.55

AKIN BAY COMPANY LLC                              March 12, 2007

                                                         Page     4

## Professional Summary

| Name | Hours | Rate |
| --- | --- | --- |
| Jayne S. Robinson | 12.65 | 425.00 |
| Kathryn Ann McDonald | 15.10 | 425.00 |

NEW YORK _____

**AKIN BAY COMPANY LLC**

DR

To    ROBINSON & McDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588824

For professional services rendered
through March 31, 2007 in connection
with a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

| Date | | Description | Hours |
|------|-----|-------------|-------|
| 3/1/2007 | KAM | Telephone call client re document objections; e-mail to S. Nelson | 0.20 |
| 3/6/2007 | KAM | Telephone call S. Nelson re document demands; legal research re attorneys' fees issue | 0.50 |
| 3/7/2007 | KAM | Telephone call P. Bepler; research re indemnity contracts | 0.60 |
| 3/9/2007 | KAM | Telephone call P. Bepler | 0.10 |
| 3/12/2007 | KAM | Memorandum to S. Nelson summarizing document request discussions; telephone calls client re same | 0.80 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 2.20 | $935.00 |

Page    2

Additional Charges:

| | |
|---|---|
| CourtAlert.com | 15.50 |
| DLS Fee | 65.11 |
| Lexis | 593.90 |

Total costs                                  $674.51

5/3/2007   Credit for error on March 12, 2007 bill            (255.00)

Total amount of this bill              $1,354.51

### Professional Summary

| Name | Hours | Rate |
|---|---|---|
| Kathryn Ann McDonald | 2.20 | 425.00 |

June 28, 2007

NEW YORK _____

## AKIN BAY COMPANY LLC

DR

To    ROBINSON & McDONALD LLP
COUNSELLORS AT LAW
61 BROADWAY
NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588024

For professional services rendered
through May 31, 2007 in connection with
a dispute with Cornerstone Overseas
Investment Limited regarding 2004
Agreement (First Agreement)

Professional Services

| | | | Hours |
|---|---|---|---|
| 4/3/2007 | KAM | Preparation for arbitration hearing re attorneys' fees | 1.00 |
| 4/4/2007 | JSR | Conference K.A. McDonald and review cases in preparation for oral argument | 1.00 |
| | KAM | Preparation for hearing re attorneys' fees; legal research re same | 5.50 |
| 4/5/2007 | JSR | Oral argument; telephone call clients | 1.20 |
| | KAM | Preparation for and participation in arbitration hearing re attorneys' fees under First Agreement; telephone call client re oral argument | 2.25 |
| 4/9/2007 | KAM | Review e-mail from client re document production and Akin document demand | 0.15 |
| 4/17/2007 | KAM | Conference J. Robinson re strategy | 0.40 |
| 4/20/2007 | KAM | E-mails to client | 0.35 |

AKIN BAY COMPANY LLC                    June 28, 2007

Page    2

Hours

| 4/23/2007 | KAM | Telephone call P. Bepler re arbitrator's decision; review of Interim Award; conference J. Robinson re same; work on interpretive motion re First Agreement | 3.00 |
|-----------|-----|----------------------------------------------------------------|------|
| 4/30/2007 | KAM | Emails with David Singer; work on interpretive motion re First Agreement | 2.15 |
| 5/2/2007 | KAM | Telephone call client | 0.25 |
| 5/3/2007 | KAM | Telephone call S. Nelson; telephone calls P. Bepler; draft memorandum to S. Nelson; review of Cornerstone's objections to document demand | 0.90 |
| 5/4/2007 | KAM | Telephone call P. Bepler; re-draft memorandum re documents | 0.15 |
| 5/9/2007 | KAM | Prepare memorandum and attachments for S. Nelson re document demand and amended order | 0.50 |
| 5/16/2007 | KAM | Telephone call J. Rybakoff | 0.35 |
| 5/17/2007 | KAM | Telephone call S. Nelson (in Shanghai); e-mail to client; draft memorandum to S. Nelson; letter to arbitrator | 0.55 |
| 5/18/2007 | KAM | Re-do schedule; telephone call D. Singer; letter to arbitrator; e-mail to D. Singer; telephone call clients; e-mail to clients | 1.10 |
| 5/22/2007 | KAM | Telephone call D. Singer | 0.10 |
| 5/23/2007 | KAM | Telephone call D. Singer re schedule | 0.10 |
| 5/31/2007 | KAM | Telephone calls P. Bepler re document production | 0.20 |

AKIN BAY COMPANY LLC                              June 28, 2007

Page      3

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 21.20 | $9,010.00 |

Additional Charges :

| | Amount |
|---|---|
| DLS Fee | 36.61 |
| Outside Copying | 1,499.97 |
| Photocopy | 55.20 |
| Telephone | 29.55 |
| Westlaw | 171.33 |
| Total costs | $1,792.66 |

| | |
|---|---|
| Total amount of this bill | $10,802.66 |

Professional Summary

| Name | Hours | Rate |
|---|---|---|
| Jayne S. Robinson | 2.20 | 425.00 |
| Kathryn Ann McDonald | 19.00 | 425.00 |

NEW YORK June 28, 2007

AKIN BAY COMPANY LLC                                                                DR

To    ROBINSON & McDONALD LLP
      COUNSELLORS AT LAW
      61 BROADWAY                                  FEDERAL & NEW YORK STATE
      NEW YORK, N.Y. 10006                         IDENTIFICATION NUMBER
                                                   13-3586924

For professional services rendered
through May 31, 2007 in connection with
a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 4/5/2007 | JSR | Telephone call clients; telephone call D. Singer | 0.40 |
|  | KAM | Telephone call client re Wham-O litigation; telephone call D. Singer re litigation; draft stipulation withdrawing lawsuit | 0.65 |
| 4/9/2007 | KAM | Review e-mail from client re document production and Akin document demand; re-draft stipulation re lawsuit | 0.25 |
| 4/17/2007 | KAM | Telephone call D. Singer re re-draft stipulation; conference J. Robinson re strategy | 0.60 |
| 4/18/2007 | KAM | E-mails to Dorsey re stipulation | 0.10 |
| 4/20/2007 | KAM | E-mails to client re litigation stipulation and attorneys' fees issues; e-mail to Singer re stipulation | 0.45 |

AKIN BAY COMPANY LLC                              June 28, 2007

Page     2

Hours

| Date | | Description | Hours |
|---|---|---|---|
| 4/30/2007 | KAM | Emails with David Singer | 0.15 |
| 5/2/2007 | KAM | Telephone call client | 0.25 |
| 5/3/2007 | KAM | Telephone call S. Nelson; telephone calls P. Bepler; draft memorandum to S. Nelson; review of Cornerstone's objections to document demand | 0.90 |
| 5/4/2007 | KAM | Telephone call P. Bepler; re-draft memorandum re documents | 0.15 |
| 5/9/2007 | KAM | Prepare memorandum and attachments for S. Nelson re document demand and amended order | 0.50 |
| 5/16/2007 | KAM | Telephone call J. Rybakoff | 0.35 |
| 5/17/2007 | KAM | Telephone call S. Nelson (in Shanghai); e-mail to client; draft memorandum to S. Nelson; letter to arbitrator | 0.55 |
| 5/18/2007 | KAM | Re-do schedule; telephone call D. Singer; letter to arbitrator; e-mail to D. Singer; telephone call clients; e-mail to clients | 1.10 |
| 5/22/2007 | KAM | Telephone call D. Singer | 0.10 |
| 5/23/2007 | KAM | Telephone call D. Singer re schedule | 0.10 |
| 5/31/2007 | KAM | Telephone calls P. Bepler re document production | 0.20 |

Amount

For professional services rendered          6.80   $2,890.00

AKIN BAY COMPANY LLC                              June 28, 2007

Page    3

Additional Charges :

|  | Amount |
|---|---|
| DLS Fee | 36.61 |
| Outside Copying | 375.00 |
| Photocopy | 55.20 |
| Telephone | 29.55 |
| Westlaw | 171.33 |
| Total costs | $667.69 |

Total amount of this bill            $3,557.69

Professional Summary

| Name | Hours | Rate |
|---|---|---|
| Jayne S. Robinson | 0.40 | 425.00 |
| Kathryn Ann McDonald | 6.40 | 425.00 |

JUL. 6. 2007  8:21AM                                                NO. 3682  P. 3

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

1633 Broadway
10th Floor
New York, NY 10019

| STMT DATE | AMOUNT DUE |
|---|---|
| 07/09/2007 | 25350.00 |

CASE#

50-435-T-00214-06 01 ANBU-R

Payment Due Upon Receipt

## INVOICE/STATEMENT

K. Ann McDonald Esq.
Robinson Murphy & McDonald
61 Broadway, Suite 1415
New York NY 10006

Representing Akin Bay Company LLC
Re: Cornerstone Overseas Investment Limited
and Cornerstone Strategic Management Limited

---

Please Detach and Return with Payment to the Above Address          Please Indicate Case No. on check

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

1633 Broadway
10th Floor
New York, NY 10019

NAME    K. Ann McDonald Esq.
Robinson Murphy & McDonald
61 Broadway, Suite 1415
New York NY 10006

Representing Akin Bay Company LLC
Re: Cornerstone Overseas Investment Limited
and Cornerstone Strategic Management Limited

| STMT DATE | CASE# | PREVIOUS BALANCE | CURRENT CREDITS | NEW CHARGES | TOTAL BALANCE DUE |
|---|---|---|---|---|---|
| 07/09/2007 | 50-435-T-00214-06 01 ANBU-R | 0.00 | 13825.00- | 39175.00 | 25350.00 |

| DATE | REF# | DESCRIPTION | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 05/22/2006 | 9271057 | Initial Administrative Fee | 8000.00 | | |
| 05/24/2006 | 2290 | Payment recvd from : coll ck/Akin Bay Company, LLC | | 8000.00- | |
| 01/22/2007 | 9397989 | Your Share of the Neutral Compensation Deposit covering 8 hours of Preliminary Matters | 2200.00 | | |
| 02/08/2007 | 2500 | Payment recvd from : coll ck/Akin Bay Company, LLC | | 2200.00- | |
| 01/22/2007 | 9397971 | Your share of the arbitrator expense deposit | 50.00 | | |
| 02/08/2007 | 2500 | Payment recvd from : coll ck/Akin Bay Company, LLC | | 50.00- | |
| 04/02/2007 | 9438186 | Your share of the Neutral Compensation Deposit covering 13 hours of Study | 3575.00 | | |
| 04/24/2007 | 2585 | Payment recvd from : coll ck/Akin Bay Company LLC | | 3575.00- | |
| 06/04/2007 | 9469166 | Case Service Fee | 3250.00 | | 3250.00 |
| 07/06/2007 | 9485450 | Your Share of the Neutral Compensation Deposit covering 5 days of Hearing | 11000.00 | | 11000.00 |
| 07/06/2007 | 9485452 | Your Share of the Neutral Compensation Deposit covering 40 hours of Study | 11000.00 | | 11000.00 |

**Remarks:** For any inquiry please call: 212-484-3289
This is a full statement showing all financial activity on this case.

| TOTAL BALANCE DUE | 25350.00 |
|---|---|

Please Indicate Case No. on check

| INVOICE SUMMARY: | NET BILLED | NET PAID | NET DUE |
|---|---|---|---|
| INITIAL/COUNTER-CLAIM FEES | 11250.00 | 8000.00 | 3250.00 |
| HEARING/POSTPONEMENT/ROOM/PROCESSING FEES | 0.00 | 0.00 | 0.00 |
| REALLOCATION AT CASE END FEES | 0.00 | 0.00 | 0.00 |
| NEUTRAL COMPENSATION/EXPENSES | 27925.00 | 5825.00 | 22100.00   EIN: 13-0429745 |

JUL. 6. 2007  8:21AM                                                    NO. 3682   P. 4

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

1633 Broadway
10th Floor
New York, NY 10019

| STMT DATE | AMOUNT DUE |
|---|---|
| 07/06/2007 | 25350.00 |

CASE#
50-435-T-00214-06 01 ANBU-R

*Payment Due Upon Receipt*

## INVOICE/STATEMENT

K. Ann  McDonald Esq.
Robinson Murphy & McDonald
61 Broadway, Suite 1415
New York NY 10006

Representing Akin Bay Company LLC
Re: Cornerstone Overseas Investment Limited
and Cornerstone Strategic Management Limited

---

Please Detach and Return with Payment to the Above Address        Please Indicate Case No. on check

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

1633 Broadway
10th Floor
New York, NY 10019

NAME    K. Ann  McDonald Esq.
Robinson Murphy & McDonald
61 Broadway, Suite 1415
New York NY 10006

Representing Akin Bay Company LLC
Re: Cornerstone Overseas Investment Limited
and Cornerstone Strategic Management Limited

| STMT DATE | CASE# | PREVIOUS BALANCE | CURRENT CREDITS | NEW CHARGES | TOTAL BALANCE DUE |
|---|---|---|---|---|---|
| 07/06/2007 | 50-435-T-00214-06 01 ANBU-R | 0.00 | 13625.00- | 39175.00 | 25350.00 |

| DATE | REF# | DESCRIPTION | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 07/06/2007 | 9465454 | Your share of the arbitrator expense deposit | 100.00 | | 100.00 |

**Remarks:**  For any inquiry please call: 212-484-3296
This is a full statement showing all financial activity on this case.

| TOTAL BALANCE DUE | 25350.00 |
|---|---|

Please indicate Case No. on check

| INVOICE SUMMARY: | | NET BILLED | NET PAID | NET DUE | |
|---|---|---|---|---|---|
| | INITIAL/COUNTER-CLAIM FEES | 11250.00 | 8000.00 | 3250.00 | |
| | HEARING/POSTPONEMENT/ROOM/PROCESSING FEES | 0.00 | 0.00 | 0.00 | |
| | REALLOCATION AT CASE END FEES | 0.00 | 0.00 | 0.00 | |
| | NEUTRAL COMPENSATION/EXPENSES | 27925.00 | 5825.00 | 22100.00 | EIN 13-0429745 |



**American Arbitration Association**
*Dispute Resolution Services Worldwide*

1633 Broadway
10th Floor
New York, NY 10019

#1

| STMT DATE | AMOUNT DUE |
|-----------|------------|
| 07/11/2007 | $25,350.00 |

| CASE# |
|-------|
| 50-435-T-00214-06 01 ANBU-C |

**Payment Due Upon Receipt**

## INVOICE

K. Ann McDonald Esq.
Robinson Murphy & McDonald
61 Broadway, Suite 1415
New York NY. 10006

Representing Akin Bay Company LLC
Re: Cornerstone Overseas Investment Limited
and Cornerstone Strategic Management Limited

|..||||..||..||..||..||..||.||

---

**Please Detach and Return with Payment to the Above Address**         **Please Indicate Case No. on check**

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

1633 Broadway
10th Floor
New York, NY 10019

NAME   K. Ann McDonald Esq.
Robinson Murphy & McDonald
61 Broadway, Suite 1415
New York NY 10006

Representing Akin Bay Company LLC
Re: Cornerstone Overseas Investment Limited
and Cornerstone Strategic Management Limited

| STMT DT | CASE# | PREVIOUS BALANCE | CURRENT CREDITS | CURRENT CHARGES | BALANCE DUE |
|---------|-------|------------------|-----------------|-----------------|-------------|
| 07/11/2007 | 50-435-T-00214-06 01 ANBU-C | 3,250.00 | 0.00 | 22,100.00 | 25,350.00 |

| DATE | INV/REF# | TRANSACTIONS | CHARGES | CREDITS |
|------|----------|--------------|---------|---------|
|  |  | Balance carried from Previous Billing Period | 3,250.00 |  |
| 07/06/2007 | 9485450 | Your Share of the Neutral Compensation Deposit covering 5 days of Hearing | 11,000.00 |  |
| 07/06/2007 | 9485452 | Your Share of the Neutral Compensation Deposit covering 40 hours of Study | 11,000.00 |  |
| 07/06/2007 | 9485454 | Your share of the arbitrator expense deposit | 100.00 |  |
| **Totals** |  | **Transactions from 06/12/2007 to 07/11/2007** | **25,350.00** | **0.00** |

**Remarks:**   For any inquiry please call: 212-484-3299. This invoice reflects financial activity for this party only, for the period stated above.

EIN: 13-0429745

1633 Broadway
10th Floor
New York, NY 10019

#1

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

## FINANCIAL HISTORY

**This is Not an Invoice**

History of transactions thru 07/11/2007          CASE#  50-435-T-00214-06-01     BALANCE  $25,350.00
NAME:  K-Ann McDonald Esq                         Representing Akin Bay Company LLC
        Robinson Murphy & McDonald                 Re: Commission to Oversea Investment Limited
        61 Broadway, Suite 1415                    and Compression Strategic Management Limited
        New York, NY 10006

### Administrative Fees

| Invoice # | Date | Description | Amount |
|---|---|---|---|
| 9271057 | 05/22/2006 | Initial Administrative Fee | 8,000.00 |
| 9469168 | 06/04/2007 | Case Service Fee | 3,250.00 |
| | | Subtotal - Administrative Fees : | 11,250.00 |

### Neutral Fees and Expenses

| Invoice # | Date | Description | Amount |
|---|---|---|---|
| 9397669 | 01/22/2007 | Your Share of the Neutral Compensation Deposit covering 8 hours of Preliminary Matters | 2,200.00 |
| 9397671 | 01/22/2007 | Your share of the arbitrator expense deposit | 50.00 |
| 9438186 | 04/02/2007 | Your Share of the Neutral Compensation Deposit covering 13 hours of Study | 3,575.00 |
| 9485450 | 07/06/2007 | Your Share of the Neutral Compensation Deposit covering 5 days of Hearing | 11,000.00 |
| 9485452 | 07/06/2007 | Your Share of the Neutral Compensation Deposit covering 40 hours of Study | 11,000.00 |
| 9485454 | 07/06/2007 | Your share of the arbitrator expense deposit | 100.00 |
| | | Subtotal - Neutral Fees and Expenses : | 27,925.00 |
| | | Net Total of All Charges : | 39,175.00 |

### Payments and Refunds

| Check/Credit # | Date | Description | Amount |
|---|---|---|---|
| 2290 | 05/24/2006 | Payment recvd from : coll ck/Akin Bay Company, LLC | 8,000.00 |
| 2500 | 02/08/2007 | Payment recvd from : coll ck/Akin Bay Company, LLC | 2,250.00 |
| 2565 | 04/24/2007 | Payment recvd from : coll ck/Akin Bay Company LLC | 3,575.00 |
| | | Net Total of All Payments : | 13,825.00 |

| CASE BALANCE : | $25,350.00 |
|---|---|

*Unbilled as of 7/20/07*

Page 1 of 1

**IKON** Document Efficiency At Work.™

IKON Office Solutions - NY Financial
Phone: (212) 376-6100    Fax:
Federal ID: 230334400

# INVOICE

| | |
|---|---|
| Invoice # | NYF07060073 |
| Invoice Date: | 06/05/2007 |
| Due Date: | 06/15/2007 |
| Terms: | Net 10 Days |
| Customer Code: | NYF-ROBI |
| Natl ID: | 29123 |

**BILL TO:**
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

**SHIP TO:**
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

Attn: CARMEN SICA

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 01810-002 | | | Lowe, Eric |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0706-0035 | 06/04/2007 | CARMEN SICA - ROBINSON MCDONALD-LAW OFFICES | | | |
| | | E-Label Endorsement | 3,653.00 | 0.0500 | 182.65 |
| | | B&W Copies D - Heavy Litigation | 14,612.00 | 0.1500 | 2,191.80 |

ENTERED #1286.66 *fist agt*

ENTERED #1,286.65 *Wham-O*

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 2,374.45 |
| Sales Tax: | 198.86 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **2,573.31** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: *Carmen Sica*    Date: *6/20/2007*

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

| Amount Enclosed |
|---|
| $ |

Invoice: NYF07060073
Invoice Date: 06/05/2007
Due Date: 06/15/2007
Customer Code: NYF-ROBI
Natl ID: 29123

Please Remit To:
IKON Office Solutions
LDS Northeast District - NYF
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT**  $  2,573.31

Page 1 of 1



**Document Efficiency At Work.**

# INVOICE

| | |
|---|---|
| Invoice # | NYF07060322 |
| Invoice Date: | 06/20/2007 |
| Due Date: | 06/30/2007 |
| Terms: | Net 10 Days |
| Customer Code: | NYF-ROBI |
| Natl ID: | 29123 |

IKON Office Solutions - NY Financial
Phone:  (212) 376-6100      Fax:
Federal ID:  230834400

**BILL TO:**
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

**SHIP TO:**
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

Attn: CARMEN SICA

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 01810-002 | | | Lowe, Eric |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0706-0072 | 06/05/2007 | CARMEN SICA - ROBINSON MCDONALD-LAW OFFICES | | | | |
| | | E-Label Endorsement | 5,502.00 | 0.0500 | | 275.10 |
| | | B&W Copies D - Heavy Litigation | 22,008.00 | 0.1500 | | 3,301.20 |

Bates Range#4644-10145

ENTERED # 1937.91   *First agt*

ENTERED 1937.91   *Wham-D*

| | |
|---|---|
| **Please Pay From This Invoice** | |

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer.  Customer assures payment of this invoice within 10 days.  Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 3,576.30 |
| Sales Tax: | 299.52 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 3,875.82 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: *Carmen Sica*          Date: *6/30/2007*

**Please pay from this copy.  The party named on this bill is held responsible for payment.**

Payment From:
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

| Amount Enclosed |
|---|
| $ |

Invoice:  NYF07060322
Invoice Date: 06/20/2007
Due Date: 06/30/2007
Customer Code: NYF-ROBI
Natl ID: 29123

Please Remit To:
IKON Office Solutions
LDS Northeast District - NYF
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT**  $  3,875.82

Page 1 of 1

 **IKON Document Efficiency At Work**

# INVOICE

| | |
|---|---|
| Invoice # | NYF07060113 |
| Invoice Date: | 06/07/2007 |
| Due Date: | 06/17/2007 |
| Terms: | Net 10 Days |
| Customer Code: | NYF-ROBI |
| Natl ID: | 29123 |

IKON Office Solutions - NY Financial
Phone: (212) 376-6100    Fax:
Federal ID: 230334400

**BILL TO:**
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

**SHIP TO:**
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

Attn: Ann McDonald

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 01810-002 | | | Lowe, Eric |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0706-0090 | 06/06/2007 | Ann McDonald - ROBINSON MCDONALD-LAW OFFICES | | | | |
| | | B&W Copies D - Heavy Litigation | 492.00 | 0.1500 | | 73.80 |

ENTERED $39.99 *First Agt*

ENTERED $39.99 *Wham*

| | | | |
|---|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | | 73.80 |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Sales Tax: | | 6.18 |
| | Non-Taxable: | | 0.00 |
| | Postage: | | 0.00 |
| | Delivery: | | 0.00 |
| | **PAY THIS AMOUNT** $ | | 79.98 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

| Amount Enclosed |
|---|
| $ |

Invoice: NYF07060113
Invoice Date: 06/07/2007
Due Date: 06/17/2007
Customer Code: NYF-ROBI
Natl ID: 29123

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - NYF
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $  79.98