Draft 7/20/2007

AMERICAN ARBITRATION ASSOCIATION
INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
Akin Bay Company LLC,                     :
                                          :   Case No.  50 435 T 00214 06
               Claimant,                  :
                                          :
       -against-                          :
                                          :
Cornerstone Overseas Investment Limited   :
and Cornerstone Strategic Management      :
Limited,                                  :
                                          :
               Respondents.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

STIPULATION REGARDING PAYMENT
OF FEES AND EXPENSES OF AKIN BAY

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel for the parties:

        1.      With respect to invoices sent to Akin Bay or its counsel by the American

Arbitration Association ("AAA") or JAMS (collectively "AAA Expenses"), Respondents shall

pay the full amount of such invoices within 5 days of the transmission of such invoice by e-mail

to Steve Nelson and David Singer, counsel for Respondents.

        2.      With respect to statements sent to Akin Bay by its counsel, Robinson &

McDonald, for legal fees and expenses ("Attorney Statements"), Respondents shall pay the full

amount of such Attorney Statements within 10 days of the transmission of such Attorney

Statements by e-mail to Steve Nelson and David Singer, counsel for Respondents, except as set

forth in paragraphs 3 and 4 below.

1

3.    In the event that counsel for Respondents has an objection or query with respect to any portion of the Attorney Statements, then Respondents shall pay the portion of such Attorney Statement that does not relate to such objection or query pursuant to the terms of paragraph 2 above. With respect to the portion of the Attorney Statement that does relate to such objection or query (the "Disputed Amount"), counsel for the parties shall have a further 10 days (i.e., 20 days from the initial transmission of the Attorney Statement to counsel for Respondents) to resolve the issue ("10 Day Resolution Period").

4.    If, by the end of such 10 Day Resolution Period, Respondents have agreed to pay all or any portion of the Disputed Amount, such payment shall be made within 5 days of the end of such 10 Day Resolution Period, and either party may seek a ruling from the Arbitrator with respect to any remaining issues.

5.    All payments made by Respondents pursuant to this Stipulation shall be made by wire transfer to Robinson & McDonald, as follows:

> Bank of New York
> Robinson & McDonald LLP
> Account # 6301542028
> ABA Routing # 021000018
> Swift # IRVTUS3N

Dated: July __, 2007

ROBINSON & McDONALD LLP             DORSEY & WHITNEY

By _____        By: _____
    K. Ann McDonald, Esq.               Steven C. Nelson, Esq.

61 Broadway                        88 Queensway
New York, NY 10006                 Suite 3008
Tel.: (212) 953-3400               One Pacific Place
    Attorneys for Claimants        Hong Kong, China
                                       Attorneys for Respondents

2

| | | | |
|---|---|---|---|
| **From:** | "Nelson, "Steve" <Nelson.Steve@dorsey.com> | **Date:** Thursday, July 19, 2007 7:38 PM | |
| **To:** | ann@robinsonmcdonald.com, "Singer, "David" <Singer.David@dorsey.com> | **HTML | Plain Text | Header | Raw Content** | |
| **CC:** | jayne@robinsonmcdonald.com | | |
| **Subject:** | RE: | | |

Dear Ann,

My apology for the lack of communication. I have been up to my eyebrows in trying to get through a very difficult closing on a large deal here in Tokyo with several other things going on at once, incuding this. I will be meeting with Jeff in Hong Kong over the weekend and hope to have this straightened out by the beginning of the week. We will of course comply with the arbitrator's decision.

Regards,

Steve

-----Original Message-----
**From:** Ann McDonald [mailto:ann@robinsonmcdonald.com]
**Sent:** Friday, July 20, 2007 5:55 AM
**To:** Nelson, Steve; Singer, David
**Cc:** jayne@robinsonmcdonald.com
**Subject:**

Dear Steve and David,
    We would appreciate a response to my e-mails of July 6 and 16, and Jayne's e-mail of June 26--all regarding Cornerstone's obligations to pay our client's fees and expenses, and my suggestion for the ongoing procedure for the prompt payment thereof. We need to resolve these issues forthwith.
Regards,

        Ann

K. Ann McDonald, Esq.
Robinson & McDonald LLP
61 Broadway, Suite 1415
New York, New York  10006
Tel.: 212 953-3889
Fax:  212 953-3690

Confidentiality Notice:  This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that, unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

| From: | "Ann McDonald" <ann@robinsonmcdonald.com> | |
|---|---|---|
| To: | nelson.steve@dorsey.com, singer.david@dorsey.com | |
| CC: | jayne@robinsonmcdonald.com | |

Previous    Next

Date: Thursday, July 19, 2007 5:54 PM

HTML | Plain Text | Header | Raw Content

Dear Steve and David,
   We would appreciate a response to my e-mails of July 6 and 16, and Jayne's e-mail of June 26--all regarding Cornerstone's obligations to pay our client's fees and expenses, and my suggestion for the ongoing procedure for the prompt payment thereof. We need to resolve these issues forthwith. Regards,

     Ann

K. Ann McDonald, Esq.
Robinson & McDonald LLP
61 Broadway, Suite 1415
New York, New York  10006
Tel.: 212 953-3889
Fax: 212 953-3690

Confidentiality Notice:  This e-mail is sent by a law firm and may contain information that is privileged or confidential.

If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that, unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Read Message - SmarterMail                                                    Page 1 of 1

| | | |
|---|---|---|
| **From:** | "Ann McDonald" <ann@robinsonmcdonald.com> | **Date:** Monday, July 16, 2007 4:38 PM |
| **To:** | nelson.steve@dorsey.com, singer.david@dorsey.com | HTML \| Plain Text \| Header \| Raw Content |
| **CC:** | jayne@robinsonmcdonald.com | |
| **Subject:** | Re:Our Bills | |
| **Attachments:** | AAALtr7-16-07.pdf | |

Dear Steve and David,
   As you probably know by now, the arbitrator has decided that Cornerstone must pay Akin Bay's fees with respect to Wham-O, as well as those for work re the First Agreement. See attached decision. Therefore, please have your client pay the bills we have already sent regarding Wham-O, together with the bills re both agreements Jayne sent you in June. Needless to say your client has not paid any part of those bills. I would also appreciate a response to my last e-mail regarding our proposal for the procedure for payment of our fees and expenses going forward. Regards,

        Ann


K. Ann McDonald, Esq.
Robinson & McDonald LLP
61 Broadway, Suite 1415
New York, New York  10006
Tel.: 212 953-3889
Fax: 212 953-3690

Confidentiality Notice: This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

JUL. 16. 2007  2:57PM                                    NO. 3984   P. 1/6



## I C D R

### International Centre for Dispute Resolution

**FAX**

*Thomas M. Ventrone, Esq.*
*Vice President*
*International Centre for Dispute Resolution*
1633 Broadway, New York, NY 10019-6708
telephone 212 484 3299, facsimile 212 246 7274

DATE        July 16, 2007

TO          K. Ann McDonald, Esq.              FAX NUMBER    1-212-953-3690
            Steven C. Nelson, Esq.                           011 852-2524-3000
            David C. Singer, Esq.                            1-212-953-7201
            Robert B. Davidson, Esq.                         1-212-972-0027

FROM        Andrea H. Bugbee
            ICDR Senior Case Manager

NUMBER OF PAGES    6    (Including Fax Cover Sheet)

RE          *50 435 T 00214 06*
            *Akin Bay Company, LLC*
            *vs*
            *Cornerstone Overseas Investment Limited*
            *Cornerstone Strategic Management Limited*

CC

MESSAGE     Dear Counsel and Mr. Davidson:

            Please see the attached. Thank you.

            Kind Regards,

            Andrea

THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE PERSON TO
WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL,
PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE
INTENDED RECIPIENT OR THE PERSON AUTHORIZED TO DELIVER THIS FAX TO THE
INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF
THIS FAX IS PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE
NOTIFY US IMMEDIATELY BY TELEPHONE (COLLECT) AND RETURN THE ORIGINAL
FAX TO US BY FIRST CLASS MAIL AT THE ABOVE ADDRESS.

JUL. 16. 2007   2:57PM                   NO. 3984   P. 2/6



**International Centre
for Dispute Resolution**

Thomas Ventrone
*Vice President*

1633 Broadway, 10th Floor, New York, NY 10019
telephone: 212-484-4181 facsimile: 212-246-7274
internet: http://www.adr.org/ICDR

July 16, 2007

**VIA FACSIMILE ONLY**

K. Ann McDonald, Esq.
Robinson Murphy & McDonald
61 Broadway, Suite 1415
New York, NY 10006

Steven C. Nelson, Esq.
Dorsey & Whitney
88 Queensway, Suite 3008
One Pacific Place
Hong Kong China

Re: 50 435 T 00214 06
     Akin Bay Company LLC
     vs
     Cornerstone Overseas Investment Limited
     and Cornerstone Strategic Management Limited

Dear Counsel:

Attached, please find a copy of the *Decision on Scope of Indemnification Under Wham-O Agreement* dated July 13, 2007 and as signed by Mr. Davidson.

Please contact the undersigned, should you have any questions.

Very truly yours,

Andrea H. Bugbee
Senior International Case Manager
(212) 484-3299
BugbeeA@adr.org

cc: Robert B. Davidson, Esq.

Encl.

*A Division of the American Arbitration Association*

INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

AKIN BAY COMPANY LLC

    Claimant,

      and

                      Case No. 50 435 T 00214 06

CORNERSTONE OVERSEAS INVESTMENT
LIMITED and CORNERSTONE STRATEGIC
MANAGEMENT LIMITED,

    Respondents.

## DECISION ON SCOPE OF INDEMNIFICATION
## UNDER WHAM-O AGREEMENT

    By Interim Award dated April 20, 2007, the undersigned determined that, under Schedule I of the letter agreement dated April 1, 2004 between Respondent Cornerstone Overseas Investments, Limited ("COIL") and the Claimant ("Akin Bay") (hereinafter, the "COIL Agreement"), Akin Bay was entitled to payment of its counsel fees "as they are incurred", *i.e.*, as the arbitration progresses. The COIL Agreement, however, is but one of two contracts involved in this arbitration. The second agreement is dated November 21, 2005 and is between Respondent Cornerstone Strategic Management Limited ("Cornerstone") and Akin Bay (hereinafter, the "Wham-O Agreement"). Akin Bay now applies for payment of its counsel fees "as they are incurred" in connection with the enforcement of its rights under the Wham-O Agreement. Cornerstone contests Akin Bay's application and contends that Akin Bay is not entitled to this relief under Schedule I of that contract.

1

The operative language of the indemnification language in Schedule I to the Wham-O Agreement is substantially identical to the language in Schedule I to the COIL Agreement. Cornerstone, however, objects to paying Akin Bay's fees for prosecuting claims under the Wham-O Agreement arguing that additional provisions contained in the Wham-O Agreement evidence the parties' intention that Akin Bay not receive reimbursement of its counsel fees "as they are incurred" with respect to the Wham-O portion of the arbitration.

There are two differences in the agreements upon which Cornerstone relies. First, unlike in the COIL Agreement, disputes between the parties under the Wham-O Agreement are to be litigated rather than arbitrated. Second, Section 5 of the Wham-O Agreement permits Cornerstone to tender an insurance policy to Akin Bay which, if accepted, would substitute for Cornerstone's indemnification obligations under Schedule I. No such provision appears in the COIL Agreement.

Cornerstone argues that these different provisions compel the conclusion that Akin Bay is not entitled to its fees as they are incurred for enforcing its rights in this arbitration under the Wham-O Agreement.

After reading the parties' submissions and reviewing the Wham-O Agreement and its Schedule I, the undersigned concludes that the differences that appear in the Wham-O Agreement do not result in a different interpretation of Cornerstone's indemnification obligations. Accordingly, Cornerstone is to reimburse Akin Bay's counsel fees "as they

2

are incurred" in Akin Bay's prosecution of its claims under the Wham-O Agreement to the same extent, and subject to the same conditions and qualifications, as those set forth in the Interim Award relating to the COIL Agreement.

It is true that a provision providing for litigation as opposed to arbitration implies a slower and more technical process, but preliminary relief is theoretically available in the context of a state court proceeding if, for example, Akin Bay felt aggrieved by an inordinate delay in receiving a decision on the payment of its fees. Neither does the possibility of Cornerstone's covering its indemnification obligations with insurance compel a different conclusion. The Wham-O Agreement recites a 90-day term, with possible extensions, and it is quite conceivable—perhaps even likely—that Akin Bay's work on the Wham-O assignment would be completed and fully paid for prior to the assertion of a third-party claim. While an insurance policy would not likely be available to cover Cornerstone's obligations to pay the fees of Akin Bay in the event of a dispute over the underlying agreement, the insurance alternative in Section 5 is optional and not mandatory. Hence, the inference is that the parties understood that it might not be an option under all the circumstances. Further, the insurance policy can be obtained "[a]t any time after the date of [the Wham-O] Agreement." Thus, a policy might well be procured after Akin Bay's assignment has concluded and Akin Bay has been fully compensated. The mere existence of the insurance alternative is, therefore, insufficient to override the clear language in Schedule I.

3

For the reasons set forth above, Akin Bay's application is GRANTED and the Respondents are ORDERED to reimburse Akin Bay's reasonable counsel fees for the prosecution of its claims under the Wham-O Agreement as this arbitration proceeds. If a dispute arises as to the frequency of such reimbursements, or their amounts, either party may apply to the arbitrator for a prompt ruling.

A final fee will be set in the final Award rendered in this arbitration. The amount of such fee will consider the identity of the prevailing party, the work done, the results achieved, and the *bona fides* of the claims asserted. The arbitrator reserves the right to set a final fee that might require a disgorgement of fees previously advanced to Akin Bay if circumstances so warrant.

Dated: New York, NY
      July 13, 2007

Robert B. Davidson, Arbitrator

4

Read Message - SmarterMail                                          Page 1 of 2

| | |
|---|---|
| **From:** | "Ann McDonald" <ann@robinsonmcdonald.com> |
| **To:** | Nelson.Steve@dorsey.com |
| **CC:** | jayne@robinsonmcdonald.com, Singer.David@dorsey.com |
| **Subject:** | RE: AAA Bill |

**Date:** Friday, July 06, 2007 7:36 AM
**HTML | Plain Text | Header | Raw Content**

Steve,
    Jayne already sent the AAA bill as part of our bills on June 26. At least as to the $1625 payable to the AAA with respect to the First Agreement, I do not understand why we have not already received a wire transfer as requested. In addition we expect a wire transfer with respect to our bills--totalling $10,210.62--very promptly once you have had a chance to review them (which you have now had over a week to do).
    As I have said before, we need to establish a procedure for the prompt payment of Cornerstone's obligations under the arbitrator's interim order. If you and I cannot do that by agreement, we will have to go back to Mr. Davidson, but I cannot believe we cannot work this out. First, we will require wire transfers--the last check Cornerstone check was a foreign check that took about 3 weeks (or thereabouts) to clear--that is unacceptable. Second, there should be an agreed time limit within which Cornerstone must pay: for statements to Akin Bay from the AAA (as to which there obviously could be no controversy), I suggest that Cornerstone should send us a wire transfer within 5 days of the transmission of such statement to you by e-mail; as to our statements to Akin Bay, I suggest that Cornerstone should send us a wire transfer within 10 days of the transmission of our staements to you by e-mail. In the event that you have some objection or question about any portion of our bills, then Cornerstone may send only the portion of the payment that does not relate to such items, and you and I will either work out such questions within a further 10 days, or we will submit such questions to Mr. Davidson.
    If this procedure is acceptable, I'll draft a simple stipulation. As to the current invoices we have already sent, please have Cornerstone send us payment (by wire) promptly. Our wire instructions are on the e-mail Jayne sent on June 26. Best regards,

        Ann

K. Ann McDonald, Esq.
Robinson & McDonald LLP
61 Broadway, Suite 1415
New York, New York 10006
Tel.: 212 953-3889
Fax: 212 953-3690

Confidentiality Notice: This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** "Nelson, Steve" <Nelson.Steve@dorsey.com>
**Sent:** Tuesday, July 03, 2007 12:49 AM
**To:** ann@robinsonmcdonald.com
**Subject:** RE: AAA Bill

Dear Ann,

From both a logistical and an accounting standpoint, we think it preferable that you pay your share to the AAA and then include it as a disbursement in your bills. Thanks.

Regards,

Steve

**Steven C. Nelson
DORSEY & WHITNEY
3008 One Pacific Place
88 Queensway
Hong Kong**

**Telephone: (852) 2105 0211
Facsimile: (852) 2524 3000**

Read Message - SmarterMail                          http://mail.robinsonmurphymcdonald.com/Main/frmReadMail_Body..

| | | |
|---|---|---|
| **From:** | "Jayne S. Robinson" <Jayne@robinsonmcdonald.com> | Previous |
| **To:** | nelson.steve@dorsey.com | **Date:** Thursday, June 28, 2007 2:33 PM |
| **CC:** | singer.david@dorsey.com | HTML \| Plain Text \| Header \| Raw Content |
| **Subject:** | fw: Akin Bay Bills | |
| **Attachments:** | AkinBay-Ikon.pdf, AkinBay-Ikon-Billed.pdf, Bill-FirstAgt-through5-31-Revised.pdf, Bill-Wham-O-through5-31-Revised.pdf | |

Steve, David: Put this in the category of no good deed goes unpunished!

In getting out the bills in Ann's absence, I misallocated the document production costs 50/50. There were years worth of documents re the First Agreement versus a few months for the Wham-O Agreement. We think a reasonable allocation is 80% to the First Agreement and 20% to Wham-O.

Attached are our revised statements for April and May with the 80/20 allocation for the Ikon invoices that were included in those bills ($1875--attached as Ikon-Billed). The remaining invoices (also attached) total $6529, allocable $5223 to the First Agreement, $1306 to the Wham-O Agreement.

Let me know if you have any questions or if there is any issue with wire transferring the funds. Thanks, Jayne

Jayne S. Robinson, Esq.
Robinson & McDonald LLP
61 Broadway
New York, New York 10006
Tel.: 212 953-3888
Fax: 212 953-3690

Confidentiality Notice: This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** "Jayne S. Robinson" <Jayne@robinsonmcdonald.com>
**Sent:** Wednesday, June 27, 2007 6:12 PM
**To:** nelson.steve@dorsey.com
**Subject:** Akin Bay Bills

Steve, David: Further to my email earlier this week, I am sending along 3 additional invoices for the document production totalling $6,529, allocable one-half to each Agreement ($3264).

Following are wire transfer instructions including the bank's Swift:
   Bank of New York
   Robinson & McDonald LLP
   Account # 6301542028
   ABA Routing # 021000018
   Swift # IRVTUS3N

Thanks and regards, Jayne

Jayne S. Robinson, Esq.
Robinson & McDonald LLP
61 Broadway
New York, New York 10006
Tel.: 212 953-3888
Fax: 212 953-3690

Confidentiality Notice: This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.



**IKON** Document Efficiency
At Work™

Page 1 of 1

# INVOICE

| | |
|---|---|
| Invoice # | NYF07060073 |
| Invoice Date: | 06/05/2007 |
| Due Date: | 06/15/2007 |
| Terms: | Net 10 Days |
| Customer Code: | NYF-ROBI |
| Natl ID: | 29123 |

IKON Office Solutions - NY Financial
Phone:  (212) 376-6100     Fax:
Federal ID:  230334400

**BILL TO:**
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

**SHIP TO:**
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

Attn: CARMEN SICA

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 01810-002 | | | Lowe, Eric |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0706-0035 | 06/04/2007 | CARMEN SICA - ROBINSON MCDONALD-LAW OFFICES | | | | |
| | | E-Label Endorsement | 3,653.00 | 0.0500 | | 182.65 |
| | | B&W Copies D - Heavy Litigation | 14,612.00 | 0.1500 | | 2,191.80 |

ENTERED #/2 86.66   fist agt

ENTERED #1,286.65   Wham-0

| | |
|---|---|
| **Please Pay From This Invoice** | |

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| Taxable Sales: | 2,374.45 |
|---|---|
| Sales Tax: | 198.86 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 2,573.31 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by _Carmen Sica_     Date: _6/20/2007_

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

| **Amount Enclosed** |
|---|
| $ |

Invoice: **NYF07060073**
Invoice Date: **06/05/2007**
Due Date: **06/15/2007**
Customer Code: **NYF-ROBI**
Natl ID: **29123**

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - NYF
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT** $ **2,573.31**

Page 1 of 1



# INVOICE

| | |
|---|---|
| Invoice # | NYF07060322 |
| Invoice Date: | 06/20/2007 |
| Due Date: | 06/30/2007 |
| Terms: | Net 10 Days |
| Customer Code: | NYF-ROBI |
| Natl ID: | 29123 |

IKON Office Solutions - NY Financial
Phone: (212) 376-6100    Fax:
Federal ID: 230334400

**BILL TO:**
**ROBINSON MCDONALD-LAW OFFICES**
61 Broadway
New York, NY 10006

**SHIP TO:**
**ROBINSON MCDONALD-LAW OFFICES**
61 Broadway
New York, NY 10006

Attn: CARMEN SICA

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 01810-002 | | | Lowe, Eric |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0706-0072 | 06/05/2007 | CARMEN SICA - ROBINSON MCDONALD-LAW OFFICES | | | | |
| | | E-Label Endorsement | 5,502.00 | 0.0500 | | 275.10 |
| | | B&W Copies D – Heavy Litigation | 22,008.00 | 0.1500 | | 3,301.20 |

Bates Range#4644-10145

ENTERED # 1937.91    *First agt*

ENTERED 1937.91    *Wham-D*

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 3,576.30 |
| | Sales Tax: | 299.52 |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **3,875.82** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _Carmen I Sica_    Date: _6/30/2007_

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**ROBINSON MCDONALD-LAW OFFICES**
61 Broadway
New York, NY 10006

| Amount Enclosed |
|---|
| $ |

Invoice: NYF07060322
Invoice Date: 06/20/2007
Due Date: 06/30/2007
Customer Code: NYF-ROBI
Natl ID: 29123

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - NYF
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT $  3,875.82**

Page 1 of 1



**IKON Document Efficiency At Work.**

IKON Office Solutions - NY Financial
Phone: (212) 376-6100    Fax:
Federal ID: 230334400

# INVOICE

| | |
|---|---|
| Invoice # | NYF07060113 |
| Invoice Date: | 06/07/2007 |
| Due Date: | 06/17/2007 |
| Terms: | Net 10 Days |
| Customer Code: | NYF-ROBI |
| Natl ID: | 29123 |

BILL TO:

**ROBINSON MCDONALD-LAW OFFICES**
61 Broadway
New York, NY 10006

SHIP TO:

**ROBINSON MCDONALD-LAW OFFICES**
61 Broadway
New York, NY 10006

Attn: Ann McDonald

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 01810-002 | | | Lowe, Eric |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0706-0090 | 06/06/2007 | Ann McDonald - ROBINSON MCDONALD-LAW OFFICES | | | |
| | | B&W Copies D - Heavy Litigation | 492.00 | 0.1500 | 73.80 |

ENTERED $39.99 First Agt

ENTERED $39.99 Wham 〒

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 73.80 |
| Sales Tax: | 6.18 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | 79.98 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

Payment From:
**ROBINSON MCDONALD-LAW OFFICES**
61 Broadway
New York, NY 10006

| Amount Enclosed |
|---|
| $ |

Invoice: **NYF07060113**
Invoice Date: **06/07/2007**
Due Date: **06/17/2007**
Customer Code: **NYF-ROBI**
Natl ID: **29123**

Please Remit To:
**IKON Office Solutions**
LDS Northeast District - NYF
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  79.98**

Page 1 of 1

 **IKON** **Document Efficiency At Work.™**

**INVOICE**

| | |
|---|---|
| Invoice # | NYF07060034 |
| Invoice Date: | 06/04/2007 |
| Due Date: | 06/14/2007 |
| Terms: | Net 10 Days |
| Customer Code: | NYF-ROBI |
| Natl ID: | 29123 |

IKON Office Solutions - NY Financial
Phone: (212) 376-6100　　Fax:
Federal ID: 230334400

**BILL TO:**
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

**SHIP TO:**
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

Attn: CARMEN SICA

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 01810-002 | | | Lowe, Eric |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0706-0024 | 06/01/2007 | CARMEN SICA - ROBINSON MCDONALD-LAW OFFICES | | | | |
| | | E-Label Endorsement | 990.00 | 0.0500 | | 49.50 |
| | | Image Capture D - Heavy | 990.00 | 0.1500 | | 148.50 |
| | | Prints w/ Assembly | 2,970.00 | 0.1200 | | 356.40 |

*First Agt #300.41*
*300.42*
*Whemo*

*ENTERED*
*ENTERED*
*2I600.83*

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 554.40 |
| Sales Tax: | 46.43 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **600.83** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _Carmen Sica_　　Date: _6/4/2007_

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

| Amount Enclosed |
|---|
| $ |

Invoice: NYF07060034
Invoice Date: 06/04/2007
Due Date: 06/14/2007
Customer Code: NYF-ROBI
Natl ID: 29123

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - NYF
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  600.83**

Page 1 of 1



**IKON** Document Efficiency At Work."

# INVOICE

| | |
|---|---|
| Invoice # | NYF07060025 |
| Invoice Date: | 06/04/2007 |
| Due Date: | 06/14/2007 |
| Terms: | Net 10 Days |
| Customer Code: | NYF-ROBI |
| Natl ID: | 29123 |

IKON Office Solutions - NY Financial
Phone: (212) 376-6100    Fax:
Federal ID: 230334400

**BILL TO:**
**ROBINSON MCDONALD-LAW OFFICES**
61 Broadway
New York, NY 10006

**SHIP TO:**
**ROBINSON MCDONALD-LAW OFFICES**
61 Broadway
New York, NY 10006

Attn: Ann McDonald

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 01810/007 Akin Bay | | | Lowe, Eric |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0705-0505 | 05/31/2007 | Ann McDonald - ROBINSON MCDONALD-LAW OFFICES | | | | |
| | | B&W Copies D - Heavy Litigation | 7,348.00 | 0.1600 | | 1,175.68 |

*Just leg #637.07*
*Wham 0 #637.07*

ENTERED
ENTERED
637.07
2|1274.14

| | | | |
|---|---|---|---|
| Please Pay From This Invoice | | Taxable Sales: | 1,175.68 |
| | | Sales Tax: | 98.46 |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | | Non-Taxable: | 0.00 |
| | | Postage: | 0.00 |
| | | Delivery: | 0.00 |
| | | **PAY THIS AMOUNT  $** | **1,274.14** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _Carmen Leon_    Date: _6/11/07_

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
ROBINSON MCDONALD-LAW OFFICES
61 Broadway
New York, NY 10006

| Amount Enclosed |
|---|
| $ |

Invoice: NYF07060025
Invoice Date: 06/04/2007
Due Date: 06/14/2007
Customer Code: NYF-ROBI
Natl ID: 29123

Please Remit To:
IKON Office Solutions
LDS Northeast District - NYF
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  1,274.14**

June 28, 2007

New York _____

AKIN BAY COMPANY LLC

_____ Dr

To ROBINSON & McDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588824

For professional services rendered
through May 31, 2007 in connection with
a dispute with Cornerstone Overseas
Investment Limited regarding 2004
Agreement (First Agreement)

Professional Services

| | | | Hours |
|---|---|---|---|
| 4/3/2007 | KAM | Preparation for arbitration hearing re attorneys' fees | 1.00 |
| 4/4/2007 | JSR | Conference K.A. McDonald and review cases in preparation for oral argument | 1.00 |
| | KAM | Preparation for hearing re attorneys' fees; legal research re same | 5.50 |
| 4/5/2007 | JSR | Oral argument; telephone call clients | 1.20 |
| | KAM | Preparation for and participation in arbitration hearing re attorneys' fees under First Agreement; telephone call client re oral argument | 2.25 |
| 4/9/2007 | KAM | Review e-mail from client re document production and Akin document demand | 0.15 |
| 4/17/2007 | KAM | Conference J. Robinson re strategy | 0.40 |
| 4/20/2007 | KAM | E-mails to client | 0.35 |

AKIN BAY COMPANY LLC                                      June 28, 2007

                                                    Page    2

                                                         Hours

| Date | | Description | Hours |
|---|---|---|---|
| 4/23/2007 | KAM | Telephone call P. Bepler re arbitrator's decision; review of Interim Award; conference J. Robinson re same; work on interpretive motion re First Agreement | 3.00 |
| 4/30/2007 | KAM | Emails with David Singer; work on interpretive motion re First Agreement | 2.15 |
| 5/2/2007 | KAM | Telephone call client | 0.25 |
| 5/3/2007 | KAM | Telephone call S. Nelson; telephone calls P. Bepler; draft memorandum to S. Nelson; review of Cornerstone's objections to document demand | 0.90 |
| 5/4/2007 | KAM | Telephone call P. Bepler; re-draft memorandum re documents | 0.15 |
| 5/9/2007 | KAM | Prepare memorandum and attachments for S. Nelson re document demand and amended order | 0.50 |
| 5/16/2007 | KAM | Telephone call J. Rybakoff | 0.35 |
| 5/17/2007 | KAM | Telephone call S. Nelson (in Shanghai); e-mail to client; draft memorandum to S. Nelson; letter to arbitrator | 0.55 |
| 5/18/2007 | KAM | Re-do schedule; telephone call D. Singer; letter to arbitrator; e-mail to D. Singer; telephone call clients; e-mail to clients | 1.10 |
| 5/22/2007 | KAM | Telephone call D. Singer | 0.10 |
| 5/23/2007 | KAM | Telephone call D. Singer re schedule | 0.10 |
| 5/31/2007 | KAM | Telephone calls P. Bepler re document production | 0.20 |

AKIN BAY COMPANY LLC                                June 28, 2007

Page    3

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 21.20 | $9,010.00 |

Additional Charges :

| | | |
|---|---|---|
| DLS Fee | | 36.61 |
| Outside Copying | | 1,499.97 |
| Photocopy | | 55.20 |
| Telephone | | 29.55 |
| Westlaw | | 171.33 |
| Total costs | | $1,792.66 |

| | |
|---|---|
| Total amount of this bill | $10,802.66 |

Professional Summary

| Name | Hours | Rate |
|---|---|---|
| Jayne S. Robinson | 2.20 | 425.00 |
| Kathryn Ann McDonald | 19.00 | 425.00 |

NEW YORK June 28, 2007

AKIN BAY COMPANY LLC

DR

TO    ROBINSON & MCDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3586524

For professional services rendered
through May 31, 2007 in connection with
a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

| | | | Hours |
|---|---|---|---|
| 4/5/2007 | JSR | Telephone call clients; telephone call D. Singer | 0.40 |
| | KAM | Telephone call client re Wham-O litigation; telephone call D. Singer re litigation; draft stipulation withdrawing lawsuit | 0.65 |
| 4/9/2007 | KAM | Review e-mail from client re document production and Akin document demand; re-draft stipulation re lawsuit | 0.25 |
| 4/17/2007 | KAM | Telephone call D. Singer re re-draft stipulation; conference J. Robinson re strategy | 0.60 |
| 4/18/2007 | KAM | E-mails to Dorsey re stipulation | 0.10 |
| 4/20/2007 | KAM | E-mails to client re litigation stipulation and attorneys' fees issues; e-mail to Singer re stipulation | 0.45 |

AKIN BAY COMPANY LLC                                    June 28, 2007

                                                   Page     2

                                                      Hours

| Date | | Description | Hours |
|------|------|-------------|-------|
| 4/30/2007 | KAM | Emails with David Singer | 0.15 |
| 5/2/2007 | KAM | Telephone call client | 0.25 |
| 5/3/2007 | KAM | Telephone call S. Nelson; telephone calls P. Bepler; draft memorandum to S. Nelson; review of Cornerstone's objections to document demand | 0.90 |
| 5/4/2007 | KAM | Telephone call P. Bepler; re-draft memorandum re documents | 0.15 |
| 5/9/2007 | KAM | Prepare memorandum and attachments for S. Nelson re document demand and amended order | 0.50 |
| 5/16/2007 | KAM | Telephone call J. Rybakoff | 0.35 |
| 5/17/2007 | KAM | Telephone call S. Nelson (in Shanghai); e-mail to client; draft memorandum to S. Nelson; letter to arbitrator | 0.55 |
| 5/18/2007 | KAM | Re-do schedule; telephone call D. Singer; letter to arbitrator; e-mail to D. Singer; telephone call clients; e-mail to clients | 1.10 |
| 5/22/2007 | KAM | Telephone call D. Singer | 0.10 |
| 5/23/2007 | KAM | Telephone call D. Singer re schedule | 0.10 |
| 5/31/2007 | KAM | Telephone calls P. Bepler re document production | 0.20 |

                                                   Amount

For professional services rendered        6.80   $2,890.00

AKIN BAY COMPANY LLC                          June 28, 2007

Page      3

Additional Charges :

|  | Amount |
|---|---|
| DLS Fee | 36.61 |
| Outside Copying | 375.00 |
| Photocopy | 55.20 |
| Telephone | 29.55 |
| Westlaw | 171.33 |
| Total costs | $667.69 |
| Total amount of this bill | $3,557.69 |

Professional Summary

| Name | Hours | Rate |
|---|---|---|
| Jayne S. Robinson | 0.40 | 425.00 |
| Kathryn Ann McDonald | 6.40 | 425.00 |

Read Message - SmarterMail                    http://mail.robinsonmurphymcdonald.com/Main/frmReadMail_Body..

| | | |
|---|---|---|
| **From:** | "Jayne S. Robinson" <Jayne@robinsonmcdonald.com> | Previous |
| **To:** | nelson.steve@dorsey.com | **Date:** Tuesday, June 26, 2007 3:57 PM |
| **CC:** | singer.david@dorsey.com | HTML | Plain Text | Header | Raw Content |
| **Subject:** | Akin Bay bills | |
| **Attachments:** | BillsThrough-5-31-2007-FirstAgt.pdf, BillsThrough-5-31-2007-Wham-O.pdf, AAAInvoiceJune2007.pdf | |

Dear Steve and David: In Ann's absence, I am forwarding our bills for April and May separately for the First Agreement and the Wham-O Agreement. I am also forwarding the recent bill from the AAA, which we are told is an advance deposit for the hearing, and should be allocated one-half to each Agreement.
    At this point, the total due for the First Agreement is $11,835.62 ($10,210.62 plus $1625). We would ask that the funds be wired as follows:
    Bank of New York
    Robinson & McDonald LLP
    Account # 6301542028
    ABA Routing # 021000018

Please let me know if you have any questions. Thanks and regards, Jayne

Jayne S. Robinson, Esq.
Robinson & McDonald LLP
61 Broadway
New York, New York 10006
Tel.: 212 953-3888
Fax: 212 953-3690

Confidentiality Notice: This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

June 20, 2007

New York _____

**AKIN BAY COMPANY LLC**

_____ Dr

To    ROBINSON & McDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588024

For professional services rendered
through May 31, 2007 in connection with
a dispute with Cornerstone Overseas
Investment Limited regarding 2004
Agreement (First Agreement)

Professional Services

| | | | Hours |
|---|---|---|---|
| 4/3/2007 | KAM | Preparation for arbitration hearing re attorneys' fees | 1.00 |
| 4/4/2007 | JSR | Conference K.A. McDonald and review cases in preparation for oral argument | 1.00 |
| | KAM | Preparation for hearing re attorneys' fees; legal research re same | 5.50 |
| 4/5/2007 | JSR | Oral argument; telephone call clients | 1.20 |
| | KAM | Preparation for and participation in arbitration hearing re attorneys' fees under First Agreement; telephone call client re oral argument | 2.25 |
| 4/9/2007 | KAM | Review e-mail from client re document production and Akin document demand | 0.15 |
| 4/17/2007 | KAM | Conference J. Robinson re strategy | 0.40 |
| 4/20/2007 | KAM | E-mails to client | 0.35 |

AKIN BAY COMPANY LLC                          June 20, 2007

Page    2

Hours

| Date | | Description | Hours |
|------|------|-------------|-------|
| 4/23/2007 | KAM | Telephone call P. Bepler re arbitrator's decision; review of Interim Award; conference J. Robinson re same; work on interpretive motion re First Agreement | 3.00 |
| 4/30/2007 | KAM | Emails with David Singer; work on interpretive motion re First Agreement | 2.15 |
| 5/2/2007 | KAM | Telephone call client | 0.25 |
| 5/3/2007 | KAM | Telephone call S. Nelson; telephone calls P. Bepler; draft memorandum to S. Nelson; review of Cornerstone's objections to document demand | 0.90 |
| 5/4/2007 | KAM | Telephone call P. Bepler; re-draft memorandum re documents | 0.15 |
| 5/9/2007 | KAM | Prepare memorandum and attachments for S. Nelson re document demand and amended order | 0.50 |
| 5/16/2007 | KAM | Telephone call J. Rybakoff | 0.35 |
| 5/17/2007 | KAM | Telephone call S. Nelson (in Shanghai); e-mail to client; draft memorandum to S. Nelson; letter to arbitrator | 0.55 |
| 5/18/2007 | KAM | Re-do schedule; telephone call D. Singer; letter to arbitrator; e-mail to D. Singer; telephone call clients; e-mail to clients | 1.10 |
| 5/22/2007 | KAM | Telephone call D. Singer | 0.10 |
| 5/23/2007 | KAM | Telephone call D. Singer re schedule | 0.10 |
| 5/31/2007 | KAM | Telephone calls P. Bepler re document production | 0.20 |

AKIN BAY COMPANY LLC                                        June 20, 2007

                                                        Page      3

|                                      | Hours  | Amount     |
|--------------------------------------|--------|------------|
| For professional services rendered   | 21.20  | $9,010.00  |

Additional Charges :

| DLS Fee                          |         | 36.61      |
| Outside Copying                  |         | 937.48     |
| Photocopy                        |         | 55.20      |
| Westlaw                          |         | 171.33     |
| Total costs                      |         | $1,200.62  |

| Total amount of this bill        |         | $10,210.62 |

Professional Summary

| Name                  | Hours  | Rate   |
|-----------------------|--------|--------|
| Jayne S. Robinson     | 2.20   | 425.00 |
| Kathryn Ann McDonald  | 19.00  | 425.00 |

June 20, 2007

NEW YORK _____

**AKIN BAY COMPANY LLC**

_____ DR

TO    ROBINSON & MCDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588624

For professional services rendered
through May 31, 2007 in connection with
a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

|            |     |                                                                                                                   | Hours |
|------------|-----|-------------------------------------------------------------------------------------------------------------------|-------|
| 4/5/2007   | JSR | Telephone call clients; telephone call D. Singer                                                                   | 0.40  |
|            | KAM | Telephone call client re Wham-O litigation; telephone call D. Singer re litigation; draft stipulation withdrawing lawsuit | 0.65  |
| 4/9/2007   | KAM | Review e-mail from client re document production and Akin document demand; re-draft stipulation re lawsuit          | 0.25  |
| 4/17/2007  | KAM | Telephone call D. Singer re re-draft stipulation; conference J. Robinson re strategy                               | 0.60  |
| 4/18/2007  | KAM | E-mails to Dorsey re stipulation                                                                                   | 0.10  |
| 4/20/2007  | KAM | E-mails to client re litigation stipulation and attorneys' fees issues; e-mail to Singer re stipulation           | 0.45  |

AKIN BAY COMPANY LLC                          June 20, 2007

Page    2

Hours

| Date | | Description | Hours |
|---|---|---|---|
| 4/30/2007 | KAM | Emails with David Singer | 0.15 |
| 5/2/2007 | KAM | Telephone call client | 0.25 |
| 5/3/2007 | KAM | Telephone call S. Nelson; telephone calls P. Bepler; draft memorandum to S. Nelson; review of Cornerstone's objections to document demand | 0.90 |
| 5/4/2007 | KAM | Telephone call P. Bepler; re-draft memorandum re documents | 0.15 |
| 5/9/2007 | KAM | Prepare memorandum and attachments for S. Nelson re document demand and amended order | 0.50 |
| 5/16/2007 | KAM | Telephone call J. Rybakoff | 0.35 |
| 5/17/2007 | KAM | Telephone call S. Nelson (in Shanghai); e-mail to client; draft memorandum to S. Nelson; letter to arbitrator | 0.55 |
| 5/18/2007 | KAM | Re-do schedule; telephone call D. Singer; letter to arbitrator; e-mail to D. Singer; telephone call clients; e-mail to clients | 1.10 |
| 5/22/2007 | KAM | Telephone call D. Singer | 0.10 |
| 5/23/2007 | KAM | Telephone call D. Singer re schedule | 0.10 |
| 5/31/2007 | KAM | Telephone calls P. Bepler re document production | 0.20 |

Amount

For professional services rendered        6.80   $2,890.00

AKIN BAY COMPANY LLC                                    June 20, 2007

                                                        Page      3

        Additional Charges :

                                                              Amount

              DLS Fee                                          36.61
              Outside Copying                                 937.49
              Photocopy                                        55.20
              Westlaw                                         171.33
              Total costs                                  $1,200.63


        Total amount of this bill                          $4,090.63


                      Professional Summary

| Name | Hours | Rate |
|---|---|---|
| Jayne S. Robinson | 0.40 | 425.00 |
| Kathryn Ann McDonald | 6.40 | 425.00 |

# American Arbitration Association
*Dispute Resolution Services Worldwide*

1633 Broadway
10th Floor
New York, NY 10019

#1

| STMT DATE | AMOUNT DUE |
|-----------|-----------|
| 06/11/2007 | $3,250.00 |

| CASE# |
|-------|
| 50-435-T-00214-06 01 ANBU-C |

**Payment Due Upon Receipt**

## INVOICE

K. Ann McDonald Esq.
Robinson Murphy & McDonald
61 Broadway, Suite 1415
New York NY 10006

Representing Akin Bay Company LLC
Re: Cornerstone Overseas Investment Limited
and Cornerstone Strategic Management Limited

---

Please Detach and Return with Payment to the Above Address          Please Indicate Case No. on check

# American Arbitration Association
*Dispute Resolution Services Worldwide*

1633 Broadway
10th Floor
New York, NY 10019

NAME    K. Ann McDonald Esq.
Robinson Murphy & McDonald
61 Broadway, Suite 1415
New York NY 10006

Representing Akin Bay Company LLC
Re: Cornerstone Overseas Investment Limited
and Cornerstone Strategic Management Limited

| STMT DT | CASE# | PREVIOUS BALANCE | CURRENT CREDITS | CURRENT CHARGES | BALANCE DUE |
|---------|-------|------------------|-----------------|-----------------|-------------|
| 06/11/2007 | 50-435-T-00214-06 01 ANBU-C | 0.00 | 0.00 | 3,250.00 | 3,250.00 |

| DATE | INV#/REF#. | TRANSACTIONS | CHARGES | CREDITS |
|------|-----------|--------------|---------|---------|
| 06/04/2007 | 9469168 | Case Service Fee | 3,250.00 | |

| Totals | Transactions from 05/13/2007 to 06/11/2007 | 3,250.00 | 0.00 |
|--------|--------------------------------------------|----------|------|

**Remarks:**  For any inquiry please call: 212-484-3299. This invoice reflects financial activity for this party only, for the period stated above.

EIN: 13-0429745

| | | |
|---|---|---|
| **From:** | "Jayne S. Robinson" <Jayne@robinsonmcdonald.com> | Previous |
| **To:** | ann@robinsonmcdonald.com | **Date:** Tuesday, June 26, 2007 3:59 PM |
| **Subject:** | fw: Akin Bay bills | **HTML** \| Plain Text \| Header \| Raw Content |
| **Attachments:** | BillsThrough-5-31-2007-FirstAgt.pdf,<br>BillsThrough-5-31-2007-Wham-O.pdf,<br>AAAInvoiceJune2007.pdf | |

FYI. Copy sent to Peter and David Singer.

Jayne S. Robinson, Esq.
Robinson & McDonald LLP
61 Broadway
New York, New York 10006
Tel.: 212 953-3888
Fax: 212 953-3690

Confidentiality Notice: This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that,
unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any
attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties
under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or
matter addressed herein.

---

**From:** "Jayne S. Robinson" <Jayne@robinsonmcdonald.com>
**Sent:** Tuesday, June 26, 2007 3:57 PM
**To:** nelson.steve@dorsey.com
**Subject:** Akin Bay bills

Dear Steve and David: In Ann's absence, I am forwarding our bills for April and May separately for the First
Agreement and the Wham-O Agreement. I am also forwarding the recent bill from the AAA, which we are told is an
advance deposit for the hearing, and should be allocated one-half to each Agreement.
   At this point, the total due for the First Agreement is $11,835.62 ($10,210.62 plus $1625). We would ask that the
funds be wired as follows:
   Bank of New York
   Robinson & McDonald LLP
   Account # 6301542028
   ABA Routing # 021000018

Please let me know if you have any questions. Thanks and regards, Jayne

Jayne S. Robinson, Esq.
Robinson & McDonald LLP
61 Broadway
New York, New York 10006
Tel.: 212 953-3888
Fax: 212 953-3690

Confidentiality Notice: This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that,
unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any
attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties
under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or
matter addressed herein.

**ROBINSON & MCDONALD LLP**

61 BROADWAY
NEW YORK, N.Y.  10006

212-953-3400
FAX:  212-953-3690

May 9, 2007

Memorandum to:  Steven C. Nelson, Esq.

       Attached are our bills (separate bills for the First Agreement and Wham-O).  We allocated our time entries as between the First Agreement and Wham-O as best we could (if the task applied to both, we just split the entry 50/50; if the time logically applied to one agreement versus the other -- e.g., the lawsuit -- we allocated it accordingly).  Now that the fees for the First Agreement and Wham-O will be together in the arbitration, the allocation no longer matters, but I just wanted to explain the methodology.  The bills for services through March 31, 2007 total $96,055 (First Agreement $47,632.63, Wham-O $48,422.42).  In addition, the AAA expenses to date total $15,777.50 ($8,000 initial fee; $7,777.50 for the arbitrator).

       Please get back to me by around the middle of next week if you have any dispute about the bills, and if you do we can call the arbitrator promptly.  If not, then we will agree on a date by which your client will pay.

       Re your general objections, we obviously have no problem with withholding of privileged information or attorney work product.  However, I think we might discuss a privilege log -- it is conceivable that there could be some debate about what is privileged and what is not with respect to communications involving Dorsey and the Wham-O transaction.  We can discuss this issue further.

With respect to the objection re documents in the possession of attorneys or consultants, we would want any non-privileged documents from Dorsey & Whitney re, for example, the Wham-O transaction.

With respect to the Grand Toys objection, we do want documents from Grand Toys in part because the First Agreement started life at Grand Toys (e.g., there could be drafts, e-mails in connection with the negotiations, etc.), and I think your recast document demand takes account of that.

As I think we have actually discussed before, we definitely would not want to exclude from your production documents that indicate on their face that they were received from or sent to a principal or employee of Akin Bay. As we discussed, we will need to show that principals and employees of Cornerstone knew at all times what work Akin Bay (and the companies Akin Bay was working with on Cornerstone's behalf -- e.g., Royal Bank of Scotland) were doing, and we therefore need production <u>from Cornerstone's</u> files of the documents that show that. Let me know if you want to discuss.

A handwritten mark-up of your recast document demand is attached -- it basically looks fine, except for item (iv) of the general objections. A mark-up of the old order is also attached. I extended most things by a month (with exceptions where that did not make sense or where extending one month would make the date be during the time when I will be in Italy (June 8-July 2)). If it is acceptable, I will have it re-typed and we can do a joint letter to Mr. Davidson. I am holding off signing the stipulation re withdrawal of the lawsuit until I hear back from you re the question I asked about the Wham-O Agreement on Monday afternoon (your time). Regards.

K. Ann McDonald

Enclosures

2

# Akin Bay

# First Agreement

NEW YORK _____ May 31, 2006 _____

AKIN BAY COMPANY LLC
_____ DR

To    ROBINSON & McDONALD LLP
COUNSELLORS AT LAW
61 BROADWAY
NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588624

For professional services rendered
through April 30, 2006 in connection with
a dispute with Cornerstone Overseas
Investment Limited regarding 2004 Agreement
(First Agreement)

Professional Services

| Date | | Description | Hours |
|---|---|---|---|
| 4/2/2006 | KAM | Review materials from client telephone call J. Robinson | 1.60 |
| 4/3/2006 | KAM | Preparation for meeting and attend meeting at client's offices | 2.50 |
| 4/4/2006 | KAM | Telephone call P. Bepler | 0.10 |
| 4/10/2006 | JSR | Conference K.A. McDonald; work on estimate | 0.40 |
| | KAM | Telephone call client; review of documents from client; conference J. Robinson; preparation of cost estimate | 1.55 |
| 4/11/2006 | KAM | Finalize cost estimate | 0.60 |
| | JSR | Work on estimate | 0.50 |
| 4/17/2006 | KAM | Telephone call P. Bepler | 0.35 |
| | JSR | Telephone call P. Bepler | 0.35 |

AKIN BAY COMPANY LLC                     May 31, 2006


Page    2


|            |     |                                                     | Hours |
|------------|-----|-----------------------------------------------------|-------|
| 4/18/2006  | KAM | Telephone call P. Bepler; memorandum to P. Bepler   | 0.15  |
|            | JSR | Telephone call P. Bepler                            | 0.10  |
| 4/19/2006  | KAM | Conference J. Robinson re strategy                  | 0.25  |
| 4/20/2006  | KAM | Prepare for telephone call with client; telephone call client | 0.45  |
|            | JSR | Telephone call clients                              | 0.25  |
| 4/25/2006  | KAM | Telephone call P. Bepler                            | 0.05  |
| 4/26/2006  | KAM | Work on Statement of Claim; respond to client e-mails | 1.15 |

|                                      | Hours  | Amount     |
|--------------------------------------|--------|------------|
| For professional services rendered   | 10.35  | $4,398.75  |


Professional Summary

| Name                 | Hours | Rate   |
|----------------------|-------|--------|
| Jayne S. Robinson    | 1.60  | 425.00 |
| Kathryn Ann McDonald | 8.75  | 425.00 |

NEW YORK ———— June 20, 2006 ————

AKIN BAY COMPANY LLC ——————————————————— DR

To    ROBINSON & MCDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588824

For professional services rendered
through May 31, 2006 in connection with
a dispute with Cornerstone Overseas
Investment Limited regarding 2004 Agreement
(First Agreement)

Professional Services

| Date | | Description | Hours |
|------|-----|-------------|-------|
| 5/1/2006 | KAM | Work on Statement of Claim; conference P. Bepler | 1.50 |
| 5/2/2006 | KAM | Review of documents from client | 1.10 |
| 5/3/2006 | KAM | Review of client documents; work on Statement of Claim | 3.55 |
| 5/4/2006 | KAM | Work on Statement of Claim | 1.15 |
| 5/5/2006 | KAM | Telephone call P. Bepler | 0.05 |
| 5/9/2006 | KAM | Review of e-mails and binders from clients | 2.80 |
| 5/10/2006 | KAM | Review of e-mails and invoices from client; work on Statement of Claim; e-mails to P. Bepler | 3.10 |
| 5/11/2006 | KAM | Re-draft Statement of Claim; e-mail to P. Bepler | 1.60 |

AKIN BAY COMPANY LLC                     June 20, 2006

Page   2

| | | | Hours |
|---|---|---|---|
| 5/12/2006 | KAM | Work on Statement of Claim; review documents from clients; telephone call clients | 1.10 |
| | JSR | Review draft statement of claim | 0.10 |
| 5/15/2006 | KAM | E-mails with client; work on Statement of Claim; organize exhibits | 4.60 |
| | JSR | Review draft Statement of Claim; conference K.A. McDonald | 0.25 |
| 5/16/2006 | KAM | Work on Statement of Claim; e-mails with client; review and organize exhibits | 3.60 |
| 5/17/2006 | KAM | Finalize Statement of Claim; telephone calls P. Bepler; organize exhibits; draft letters to AAA, Hsieh and Nelson | 1.60 |
| | JSR | Telephone call P. Bepler; conference K.A. McDonald; final review Statement of Claim | 0.50 |
| 5/22/2006 | KAM | Telephone call S. Nelson; telephone call P. Bepler | 0.15 |
| 5/23/2006 | KAM | E-mail to clients re Nelson conversation; telephone clients re same | 0.45 |
| 5/24/2006 | KAM | Review of AAA letter and rules; e-mails to client and S. Nelson | 0.15 |
| 5/31/2006 | KAM | Telephone call S. Nelson; telephone call P. Bepler; telephone call Bepler and Rybakoff | 1.00 |
| | JSR | Telephone calls S. Nelson, P. Bepler, and J. Rybakoff re arbitration | 1.00 |

AKIN BAY COMPANY LLC                              June 20, 2006

                                                        Page    3

                                                           Hours

                                          Hours           Amount

For professional services rendered       29.35       $12,473.75


Additional Charges:

Local Messenger                                             4.63
OT Word Proc.                                              87.00
Photocopy                                                 565.22

Total costs                                              $656.85


Total amount of this bill                             $13,130.60


                    Professional Summary

| Name | Hours | Rate |
|---|---|---|
| Jayne S. Robinson | 1.85 | 425.00 |
| Kathryn Ann McDonald | 27.50 | 425.00 |

NEW YORK ____ August 03, 2006

AKIN BAY COMPANY LLC

_____DR

To    ROBINSON & McDONALD LLP
COUNSELLORS AT LAW
61 BROADWAY
NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588824

For professional services rendered
through June 30, 2006 in connection with
a dispute with Cornerstone Overseas
Investment Limited regarding 2004 Agreement
(First Agreement)

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 6/1/2006 | KAM | Telephone call with AAA and S. Nelson; telephone call P. Bepler; conference J. Robinson | 0.15 |
|  | JSR | Conference AAA; conference K.A. McDonald re court vs. arbitration issues; telephone call P. Bepler | 0.15 |
| 6/8/2006 | KAM | Telephone call P. Bepler; telephone call AAA and S. Nelson; conference J. Robinson re strategy | 0.25 |
|  | JSR | Review AAA commercial, securities and international rules in preparation for AAA conference; telephone call S. Nelson; telephone call AAA; telephone call P. Bepler | 0.75 |

AKIN BAY COMPANY LLC                              August 03, 2006


                                                  Page    2


|                                      | Hours | Amount   |
|--------------------------------------|-------|----------|
| For professional services rendered   | 01.30 | $552.50  |
|                                      |       |          |
| Additional Charges:                  |       |          |
| Westlaw                              |       | 120.78   |
| Total costs                          |       | $120.78  |
|                                      |       |          |
| Total amount of this bill            |       | $673.28  |

### Professional Summary

| Name                  | Hours | Rate   |
|-----------------------|-------|--------|
| Jayne S. Robinson     | 0.90  | 425.00 |
| Kathryn Ann McDonald  | 0.40  | 425.00 |

NEW YORK _____

October 02, 2006

AKIN BAY COMPANY LLC _____ DR

To    ROBINSON & McDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588924

For professional services rendered
through August 31, 2006 in connection
with a dispute with Cornerstone Overseas
Investment Limited regarding 2004 Agreement
(First Agreement)

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 7/6/2006 | JSR | Review answer and counterclaim; telephone call P. Bepler | 0.30 |
|  | KAM | Review of Cornerstone Answer; telephone call P. Bepler | 0.55 |
| 7/10/2006 | KAM | Review of Cornerstone's Answer; telephone call clients | 1.60 |
| 7/11/2006 | KAM | Telephone calls P. Bepler | 0.20 |
| 7/20/2006 | JSR | Conference re arbitrators | 0.25 |
|  | KAM | Conference re arbitrators | 0.25 |
| 7/26/2006 | KAM | Telephone call P. Bepler | 0.15 |
| 8/1/2006 | KAM | Telephone call P. Bepler | 0.10 |
| 8/21/2006 | KAM | Work on draft Response to Answer and Counterclaims | 4.50 |

AKIN BAY COMPANY LLC                                    October 02, 2006

                                                        Page 2

                                                                    Hours

| | | | |
|---|---|---|---|
| 8/22/2006 | JSR | Draft discovery demand; work on answer to counterclaim | 2.75 |
| | KAM | Work on response; telephone calls P. Bepler; conference J. Robinson | 3.60 |
| 8/23/2006 | JSR | Work on answer to counterclaim | 1.75 |
| | KAM | Work on response; conference J. Robinson; telephone call AAA | 2.75 |
| 8/24/2006 | KAM | Work on response | 1.75 |
| 8/28/2006 | KAM | Work on response | 1.50 |
| 8/29/2006 | KAM | Work on response | 0.75 |
| 8/30/2006 | KAM | Work on response | 0.50 |
| 8/31/2006 | KAM | Telephone call P. Bepler; work on response | 0.25 |

                                                                  Amount

For professional services rendered     23.50     $9,987.50

Additional Charges :

Local Messenger                                      4.64
OTWordProc.                                        145.00
Photocopy                                           56.00

Total costs                                       $205.64

Total amount of this bill                       $10,193.14

AKIN BAN COMPANY LLC                                    October 02, 2006


                                                                Page 3


                          Professional Summary

| Name | Hours | Rate |
|------|-------|------|
| Jayne S. Robinson | 5.05 | 425.00 |
| Kathryn Ann McDonald | 18.45 | 425.00 |

NEW YORK

November 02, 2006

DR

**AKIN BAY COMPANY LLC**

To    ROBINSON & MCDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3586824

For professional services rendered
through September 30, 2006 in connection
with a dispute with Cornerstone Overseas
Investment Limited regarding 2004 Agreement
(First Agreement)

Professional Services

| Date | | | Hours |
|------|------|------|------|
| 9/5/2006 | KAM | Work on response to counterclaim | 1.40 |
| 9/6/2006 | JSR | Work on answer to counterclaim | 1.85 |
| | KAM | Work on and finalize response; numerous e-mails and telephone calls clients; finalize exhibits; telephone call S. Nelson; telephone call AAA | 5.50 |
| 9/11/2006 | KAM | Telephone call P. Bepler | 0.10 |
| 9/18/2006 | KAM | Telephone call P. Bepler | 0.10 |
| 9/20/2006 | KAM | E-mails; telephone calls re arbitrator | 0.40 |
| 9/21/2006 | KAM | E-mails; letter to AAA; Westlaw/Lexis research re Illinois case raised by client | 1.00 |
| 9/27/2006 | KAM | Telephone call clients re possible witness | 0.90 |

AKIN BAY COMPANY LLC                                    November 02, 2006


                                                            Page 2


|                                          | Hours | Amount      |
|------------------------------------------|-------|-------------|
| For professional services rendered       | 10.80 | $4,590.00   |

Additional Charges:

| Courier          | 45.01  |
|------------------|--------|
| OTWordProc.      | 159.50 |
| Outside Copying  | 44.40  |

| Total costs              | $248.91   |
|--------------------------|-----------|

| Total amount of this bill | $4,838.91 |


### Professional Summary

| Name                  | Hours | Rate   |
|-----------------------|-------|--------|
| Jayne S. Robinson     | 1.85  | 425.00 |
| Kathryn Ann McDonald  | 8.95  | 425.00 |

NEW YORK _____
November 17, 2006

_____ DR

AKIN BAY COMPANY LLC

To     ROBINSON & MCDONALD LLP

COUNSELLORS AT LAW
61 BROADWAY
NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588624

For professional services rendered through
October 31, 2006 in connection with a
dispute with Cornerstone Overseas
Investment Limited regarding 2004 Agreement
(First Agreement)

Professional Services

|            |     |                                  | Hours |
|------------|-----|----------------------------------|-------|
| 10/20/2006 | KAM | Telephone call Bepler; Rybakoff  | 0.35  |
| 10/26/2006 | KAM | Work on document demand          | 0.15  |
| 10/27/2006 | KAM | Finalize document demand         | 0.10  |

|                                      |      | Amount   |
|--------------------------------------|------|----------|
| For professional services rendered   | 0.60 | $255.00  |

Additional Charges :

| Courier     | 17.76    |
|-------------|----------|
| Photocopy   | 5.40     |
| Westlaw     | 1,428.90 |
| Total costs | $1,452.06 |

| Total amount of this bill | $1,707.06 |

AKIN BAY COMPANY LLC                    November 17, 2006


                                              Page      2


                    Professional Summary
Name                                    Hours           Rate
Kathryn Ann McDonald                    0.60          425.00

NEW YORK _____

AKIN BAY COMPANY LLC

_____ DR

To    ROBINSON & McDONALD LLP
COUNSELLORS AT LAW
61 BROADWAY
NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588924

For professional services rendered
through February 28, 2007 in connection
with a dispute with Cornerstone Overseas
Investment Limited regarding 2004
Agreement (First Agreement)


Professional Services

Hours

| Date | | Description | Hours |
|------|------|-------------|-------|
| 11/14/2006 | KAM | Work on settlement; telephone call P. Bepler re same | 0.90 |
| 12/4/2006 | KAM | Preparation for settlement discussions (review chart from client; draft summary charts) | 0.85 |
| 12/5/2006 | KAM | Work on damages charts | 0.40 |
| 12/13/2006 | KAM | Telephone call client | 0.10 |
| 12/27/2006 | KAM | Work on damage number charts | 1.25 |
| 12/29/2006 | JSR | Draft demand letter for reimbursement | 0.60 |

AKIN BAY COMPANY LLC                          March 12, 2007

                                                    Page    2

                                                    Hours

| Date | Initials | Description | Hours |
|---|---|---|---|
| 1/2/2007 | KAM | Preparation for settlement conference with S. Nelson (review damages numbers and Cornerstone Answer) | 1.25 |
| 1/3/2007 | JSR | Conference K.A. McDonald; telephone call S. Nelson; telephone call P. Bepler | 0.75 |
|  | KAM | Preparation for settlement conference; telephone calls S. Nelson; conference J. Robinson and telephone client re settlement | 1.05 |
| 1/12/2007 | KAM | Work on demand letter to Hsieh; memorandum to client and e-mail re same | 0.25 |
| 1/16/2007 | KAM | Finalize demand letter; e-mails to AAA and client | 0.10 |
| 1/17/2007 | JSR | Review AAA International Rules; draft request for interim relief | 1.70 |
| 1/18/2007 | JSR | Revise draft motion | 0.90 |
| 1/19/2007 | JSR | Review and revise draft motion | 0.30 |
| 1/29/2007 | JSR | Proof changes to motion | 0.10 |
| 2/8/2007 | KAM | Prepare for AAA preliminary hearing | 1.00 |
| 2/9/2007 | KAM | Preparation for and attendance at AAA preliminary hearing | 2.50 |
| 2/16/2007 | KAM | Re-draft interim relief letter | 1.00 |
| 2/20/2007 | JSR | Work on the brief re expense reimbursement | 1.20 |
|  | KAM | Work on interim relief letter; conference J. Robinson re same; e-mail to S. Nelson | 1.00 |

AKIN BAY COMPANY LLC                                  March 12, 2007


                                                  Page     3

                                                  Hours


| 2/21/2007 | JSR | Finalize letter brief | 2.20 |
| | KAM | Finalize letter re interim relief; draft objections to document demand | 1.15 |
| 2/22/2007 | KAM | Finalize objections to document demand; e-mail to S. Nelson re same; telephone client re same | 0.20 |

|  |  | | Amount |
| For professional services rendered | | 21.35 | $9,073.75 |

Additional Charges :

| Courier | 43.97 |
| Photocopy | 75.00 |
| Westlaw | 861.41 |
| Total costs | $980.38 |

| Total amount of this bill | $10,054.13 |


Professional Summary

| Name | Hours | Rate |
|------|-------|------|
| Jayne S. Robinson | 7.75 | 425.00 |
| Kathryn Ann McDonald | 13.60 | 425.00 |

May 03, 2007

NEW YORK _____

AKIN BAY COMPANY LLC

_____ DR

To    ROBINSON & McDONALD LLP
COUNSELLORS AT LAW
61 BROADWAY
NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588624

For professional services rendered
through March 31, 2007 in connection
with a dispute with Cornerstone Overseas
Investment Limited regarding 2004
Agreement (First Agreement)

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 3/1/2007 | KAM | Telephone call client re document objections; e-mail to S. Nelson | 0.20 |
| 3/5/2007 | JSR | Review COIL's brief, read cases | 2.10 |
| 3/6/2007 | KAM | Telephone call S. Nelson re document demands; legal research re attorneys' fees issue | 0.50 |
|  | JSR | Continued review of cases re motion | 2.00 |
| 3/7/2007 | KAM | Telephone call P. Bepler; research re indemnity contracts | 0.60 |
| 3/9/2007 | KAM | Telephone call P. Bepler | 0.10 |
| 3/12/2007 | KAM | Memorandum to S. Nelson summarizing document request discussions; telephone calls client re same | 0.80 |
| 3/29/2007 | KAM | Email to client | 0.10 |

AKIN BAY COMPANY LLC                          May 03, 2007

                                                   Page    2

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 6.40 | $2,720.00 |

Additional Charges:

| | | |
|---|---|---|
| DLS Fee | | 65.11 |
| Westlaw | | 106.65 |
| Total costs | | $171.76 |

| | | |
|---|---|---|
| 5/3/2007  Credit for error on March 12, 2007 bill | | (255.00) |
| Total amount of this bill | | $2,636.76 |

### Professional Summary

| Name | Hours | Rate |
|---|---|---|
| Jayne S. Robinson | 4.10 | 425.00 |
| Kathryn Ann McDonald | 2.30 | 425.00 |

Akin Bay

Wham-O

NEW YORK ———— May 31, 2006 ————

AKIN BAY COMPANY LLC ————————————————————————— DR

TO    ROBINSON & McDONALD LLP
COUNSELLORS AT LAW
61 BROADWAY
NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3568624

For professional services rendered
through April 30, 2006 in connection with
a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 4/2/2006 | KAM | Review materials from client telephone call J. Robinson | 1.60 |
| 4/3/2006 | KAM | Preparation for meeting and attend meeting at client's offices | 2.50 |
| 4/4/2006 | KAM | Telephone call P. Bepler | 0.10 |
| 4/10/2006 | JSR | Conference K.A. McDonald; work on estimate; review Wham-O contract | 0.60 |
|  | KAM | Telephone call client; review of documents from client; conference J. Robinson; preparation of cost estimate | 1.55 |
| 4/11/2006 | KAM | Finalize cost estimate | 0.60 |
|  | JSR | Work on estimate | 0.50 |
| 4/17/2006 | KAM | Telephone call P. Bepler | 0.35 |
|  | JSR | Telephone call P. Bepler | 0.35 |

AKIN BAY COMPANY LLC                              May 31, 2006


                                                  Page    2


|            |     |                                                  | Hours |
|------------|-----|--------------------------------------------------|-------|
| 4/18/2006  | KAM | Telephone call P. Bepler; memorandum to P. Bepler | 0.15  |
|            | JSR | Telephone call P. Bepler                          | 0.10  |
| 4/19/2006  | KAM | Conference J. Robinson re strategy                | 0.25  |
| 4/20/2006  | KAM | Prepare for telephone call with client; telephone call client | 0.45 |
|            | JSR | Telephone call clients                            | 0.25  |
| 4/25/2006  | KAM | Telephone call P. Bepler                          | 0.05  |
| 4/26/2006  | KAM | Work on Statement of Claim; respond to client e-mails | 1.15 |


|                                     | Hours | Amount     |
|-------------------------------------|-------|------------|
| For professional services rendered  | 10.55 | $4,483.75  |


Professional Summary

| Name                 | Hours | Rate   |
|----------------------|-------|--------|
| Jayne S. Robinson    | 1.80  | 425.00 |
| Kathryn Ann McDonald | 8.75  | 425.00 |

NEW YORK _____ June 20, 2006

AKIN BAY COMPANY LLC _____ OR

To    ROBINSON & McDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3586624

For professional services rendered
through May 31, 2006 in connection with
a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

| | | | Hours |
|---|---|---|---|
| 5/1/2006 | KAM | Work on Statement of Claim; conference P. Bepler | 1.50 |
| 5/2/2006 | KAM | Review of documents from client | 0.20 |
| 5/3/2006 | KAM | Work on Statement of Claim | 1.55 |
| 5/4/2006 | KAM | Work on Statement of Claim | 1.15 |
| 5/5/2006 | KAM | Telephone call P. Bepler | 0.05 |
| 5/9/2006 | KAM | Review of e-mails from clients | 0.30 |
| 5/10/2006 | KAM | Review of e-mails from client; work on Statement of Claim; e-mails to P. Bepler | 2.20 |
| 5/11/2006 | KAM | Re-draft Statement of Claim; e-mail to P. Bepler | 1.60 |

AKIN BAY COMPANY LLC                          June 20, 2006

                                                       Page    2

                                                       Hours

| | | | |
|---|---|---|---|
| 5/12/2006 | KAM | Work on Statement of Claim; telephone call clients | 0.70 |
| | JSR | Review draft statement of claim | 0.10 |
| 5/15/2006 | KAM | E-mails with client; work on Statement of Claim; organize exhibits | 4.60 |
| | JSR | Review draft Statement of Claim; conference K.A. McDonald | 0.25 |
| 5/16/2006 | KAM | Work on Statement of Claim; e-mails with client; review and organize exhibits | 3.60 |
| 5/17/2006 | KAM | Finalize Statement of Claim; telephone calls P. Bepler; organize exhibits; draft letters to AAA, Hsieh and Nelson | 1.60 |
| | JSR | Telephone call P. Bepler; conference K.A. McDonald; final review Statement of Claim | 0.50 |
| 5/22/2006 | KAM | Telephone call S. Nelson; telephone call P. Bepler | 0.15 |
| 5/23/2006 | KAM | E-mail to clients re Nelson conversation; telephone clients re same | 0.45 |
| 5/24/2006 | KAM | Review of AAA letter and rules; e-mails to client and S. Nelson | 0.15 |
| 5/31/2006 | KAM | Telephone call S. Nelson; telephone call P. Bepler; telephone call Bepler and Rybakoff | 1.00 |
| | JSR | Telephone calls S. Nelson, P. Bepler, and J. Rybakoff re arbitration | 1.00 |

AKIN BAY COMPANY LLC                          June 20, 2006

                                                          Page     3

                                                          _____ Hours

                                              Hours               Amount

For professional services rendered           22.65       $ 9,626.25


Additional Charges:

Local Messenger                                                  4.64
OT Word Proc.                                                  87.00
Photocopy                                                     565.23

Total costs                                                  $656.87

                                              _____

Total amount of this bill                                 $10,283.12


                        Professional Summary

| Name | Hours | Rate |
|------|-------|------|
| Jayne S. Robinson | 1.85 | 425.00 |
| Kathryn Ann McDonald | 20.80 | 425.00 |

NEW YORK _____ August 03, 2006

## AKIN BAY COMPANY LLC

_____ DR

To    ROBINSON & McDONALD LLP
COUNSELLORS AT LAW
61 BROADWAY
NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588624

For professional services rendered
through June 30, 2006 in connection with
a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

| | | | Hours |
|---|---|---|---|
| 6/1/2006 | KAM | Telephone call with AAA and S. Nelson; telephone call P. Bepler; conference J. Robinson | 3.15 |
| | JSR | Conference AAA; conference K.A. McDonald re court vs. arbitration issues; telephone call P. Bepler | 3.15 |
| 6/2/2006 | KAM | Conference J. Robinson re contract interpretation; telephone call P. Bepler re same | 1.80 |
| 6/8/2006 | KAM | Telephone call P. Bepler; telephone call AAA and S. Nelson; conference J. Robinson re strategy | 0.25 |
| | JSR | Review AAA commercial, securities and international rules in preparation for AAA conference; telephone call S. Nelson; telephone call AAA; telephone call P. Bepler | 0.75 |

AKIN BAY COMPANY LLC                        August 03, 2006

                                            Page    2


|                                      | Hours | Amount     |
|--------------------------------------|-------|------------|
| For professional services rendered   | 09.10 | $3,867.50  |

Additional Charges:

| Westlaw      | 120.79  |
|--------------|---------|
| Total costs  | $120.79 |

| Total amount of this bill | $3,988.29 |
|---------------------------|-----------|

### Professional Summary

| Name                 | Hours | Rate   |
|----------------------|-------|--------|
| Jayne S. Robinson    | 3.90  | 425.00 |
| Kathryn Ann McDonald | 5.20  | 425.00 |

NEW YORK _____

October 02, 2006

AKIN BAY COMPANY LLC _____ DR

To   ROBINSON & McDONALD LLP
COUNSELLORS AT LAW
61 BROADWAY
NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588824

For professional services rendered
through August 31, 2006 in connection
with a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

|            |     |                                                              | Hours |
|------------|-----|--------------------------------------------------------------|-------|
| 7/6/2006   | JSR | Review answer and counterclaim; telephone call P. Bepler     | 0.30  |
|            | KAM | Review of Cornerstone Answer; telephone call P. Bepler       | 0.55  |
| 7/10/2006  | KAM | Review of Cornerstone's Answer; telephone call clients       | 1.60  |
| 7/11/2006  | KAM | Telephone calls P. Bepler                                    | 0.20  |
| 7/20/2006  | JSR | Conference re arbitrators                                    | 0.25  |
|            | KAM | Conference re arbitrators                                    | 0.25  |
| 7/26/2006  | KAM | Telephone call P. Bepler                                     | 0.15  |
| 8/1/2006   | KAM | Telephone call P. Bepler                                     | 0.10  |
| 8/21/2006  | KAM | Work on draft Response to Answer and Counterclaims           | 4.50  |

AKIN BAY COMPANY LLC                              October 02, 2006

 

Page 2

| | | | Hours |
|---|---|---|---|
| 8/22/2006 | JSR | Draft discovery demand; work on answer to counterclaim | 2.75 |
| | KAM | Work on response; telephone calls P. Bepler; conference J. Robinson | 3.60 |
| 8/23/2006 | JSR | Work on answer to counterclaim | 1.75 |
| | KAM | Work on response; conference J. Robinson; telephone call AAA | 2.75 |
| 8/24/2006 | KAM | Work on response | 1.75 |
| 8/28/2006 | KAM | Work on response | 1.50 |
| 8/29/2006 | KAM | Work on response | 0.75 |
| 8/30/2006 | KAM | Work on response | 0.50 |
| 8/31/2006 | KAM | Telephone call P. Bepler; work on response | 0.25 |

| | | | Amount |
|---|---|---|---|
| For professional services rendered | 23.50 | | $9,987.50 |

Additional Charges :

| | |
|---|---|
| Local Messenger | 4.63 |
| OTWordProc. | 145.00 |
| Photocopy | 56.00 |
| Total costs | $205.63 |
| Total amount of this bill | $10,193.13 |

AKIN BAN COMPANY LLC                                          October 02, 2006

                                                                      Page 3


                          Professional Summary

| Name | Hours | Rate |
|------|-------|------|
| Jayne S. Robinson | 5.05 | 425.00 |
| Kathryn Ann McDonald | 18.45 | 425.00 |

NEW YORK

November 02, 2006

DR

**AKIN BAY COMPANY LLC**

To     ROBINSON & McDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588624

For professional services rendered
through September 30, 2006 in connection
with a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

|            |     |                                                                                                                      | Hours |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-------|
| 9/5/2006   | KAM | Work on response to counterclaim                                                                                      | 1.40  |
| 9/6/2006   | JSR | Work on answer to counterclaim                                                                                        | 1.85  |
|            | KAM | Work on and finalize response; numerous e-mails and telephone calls clients; finalize exhibits; telephone call S. Nelson; telephone call AAA | 5.50  |
| 9/11/2006  | KAM | Telephone call P. Bepler                                                                                              | 0.10  |
| 9/18/2006  | KAM | Telephone call P. Bepler                                                                                              | 0.10  |
| 9/20/2006  | KAM | E-mails; telephone calls re arbitrator                                                                                | 0.40  |
| 9/21/2006  | KAM | E-mails; letter to AAA                                                                                                | 0.20  |
| 9/27/2006  | KAM | Telephone call clients re possible witness                                                                            | 0.90  |

AKIN BAY COMPANY LLC                          November 02, 2006


                                                    Page 2


|                                      | Hours  | Amount     |
|--------------------------------------|--------|------------|
| For professional services rendered   | 10.00  | $4,250.00  |

Additional Charges:

| | |
|---|---|
| Courier | 45.01 |
| OTWordProc. | 159.50 |
| Outside Copying | 44.40 |

Total costs                                              $248.91

Total amount of this bill                              $4,498.91


### Professional Summary

| Name                 | Hours | Rate   |
|----------------------|-------|--------|
| Jayne S. Robinson    | 1.85  | 425.00 |
| Kathryn Ann McDonald | 8.15  | 425.00 |

NEW YORK November 17, 2006

DR

AKIN BAY COMPANY LLC

To  ROBINSON & MCDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3586624

For professional services rendered through
October 31, 2006 in connection with a
dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 10/20/2006 | KAM | Telephone call Bepler; Rybakoff | 0.35 |
| 10/26/2006 | KAM | Work on document demand | 0.15 |
| 10/27/2006 | KAM | Finalize document demand | 0.10 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 0.60 | $255.00 |

Additional Charges :

| | |
|---|---|
| Courier | 17.76 |
| Photocopy | 5.40 |
| Total costs | $23.16 |

| | |
|---|---|
| Total amount of this bill | $278.16 |

AKIN BAY COMPANY LLC                                    November 17, 2006


                                                        Page      2

                        Professional Summary

| Name | Hours | Rate |
|------|-------|------|
| Kathryn Ann McDonald | 0.60 | 425.00 |

NEW YORK _____

# AKIN BAY COMPANY LLC

DR

To    ROBINSON & McDONALD LLP
COUNSELLORS AT LAW
61 BROADWAY
NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3569824

For professional services rendered
through February 28, 2007 in connection
with a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

| | | | Hours |
|---|---|---|---|
| 11/14/2006 | KAM | Work on settlement; telephone call P. Bepler re same | 0.90 |
| 12/4/2006 | KAM | Preparation for settlement discussions (review chart from client; draft summary charts) | 0.85 |
| 12/5/2006 | KAM | Work on damages charts | 0.40 |
| 12/13/2006 | KAM | Telephone call client | 0.10 |
| 12/21/2006 | KAM | Research re service of process; conference J. Robinson re same | 2.50 |

AKIN BAY COMPANY LLC                          March 12, 2007


                                                    Page    2

                                                         Hours
                                                    ‾‾‾‾‾‾‾‾‾‾

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/21/2006 | JSR | Research re service of process in Hong Kong under Hague and Rule 4; review cases | 2.00 |
| 12/27/2006 | KAM | Work on damage number charts; conference J. Robinson re lawsuit | 1.75 |
|  | JSR | Review Wham-O Agreement; initial drafting of complaint for reimbursement | 2.90 |
| 12/28/2006 | JSR | Draft complaint | 3.10 |
| 12/29/2006 | JSR | Revise complaint; prepare exhibits; draft demand letter for reimbursement | 2.60 |
| 1/1/2007 | KAM | Review and comment on draft complaint | 1.00 |
| 1/2/2007 | KAM | Preparation for settlement conference with S. Nelson (review damages numbers and Cornerstone Answer); Conference J. Robinson re Wham-O lawsuit | 1.75 |
|  | JSR | Revise complaint | 0.10 |
| 1/3/2007 | JSR | Conference K.A. McDonald; telephone call S. Nelson; telephone call P. Bepler | 0.75 |
|  | KAM | Preparation for settlement conference; telephone calls S. Nelson; conference J. Robinson and telephone client re settlement | 1.05 |
| 1/12/2007 | KAM | Work on demand letter to Hsieh; memorandum to client and e-mail re same | 0.25 |
| 1/16/2007 | KAM | Finalize demand letter; e-mails to AAA and client | 0.10 |
| 1/18/2007 | JSR | Revise complaint to incorporate client comments | 0.50 |

AKİN BAY COMPANY LLC                      March 12, 2007


                                                    Page      3

                                                         Hours


| Date | Init. | Description | Hours |
|------|-------|-------------|------:|
| 1/19/2007 | JSR | Review and revise draft complaint | 0.30 |
| 1/29/2007 | JSR | Proofread changes to draft complaint; review cases re jurisdiction | 0.40 |
|  | KAM | Telephone call client; legal research re amount in controversy | 0.80 |
| 2/6/2007 | KAM | Telephone call client; work on Wham-O complaint | 1.50 |
| 2/7/2007 | KAM | Mark up draft complaint | 0.50 |
| 2/21/2007 | KAM | Telephone call P. Bepler and conference J. Robinson re Wham-O litigation | 0.55 |
| 2/22/2007 | KAM | Finalize objections to document demand; e-mail to S. Nelson re same; telephone client re same; telephone client re Wham-O litigation | 0.50 |

                                                        Amount

For professional services rendered    27.75 $11,793.75


Additional Charges :

| | |
|---|---:|
| Courier | 17.76 |
| CourtAlert.com | 8.56 |
| DLS Fee | 70.00 |
| Filing Fees | 210.00 |
| Outside Copying | 306.05 |
| Photocopy | 75.00 |
| Westlaw | 861.43 |
| Total costs | $1,548.80 |


Total amount of this bill              $13,342.55

AKIN BAY COMPANY LLC                          March 12, 2007

                                              Page      4

                        Professional Summary

| Name | Hours | Rate |
|------|-------|------|
| Jayne S. Robinson | 12.65 | 425.00 |
| Kathryn Ann McDonald | 15.10 | 425.00 |

NEW YORK _____

## AKIN BAY COMPANY LLC

_____ DR

To    ROBINSON & McDONALD LLP

COUNSELLORS AT LAW

61 BROADWAY

NEW YORK, N.Y. 10006

FEDERAL & NEW YORK STATE
IDENTIFICATION NUMBER
13-3588624

For professional services rendered
through March 31, 2007 in connection
with a dispute with Cornerstone Overseas
Investment Limited and Cornerstone
Strategic Management Limited regarding
Wham-O Agreement

Professional Services

| | | | Hours |
|---|---|---|---|
| 3/1/2007 | KAM | Telephone call client re document objections; e-mail to S. Nelson | 0.20 |
| 3/6/2007 | KAM | Telephone call S. Nelson re document demands; legal research re attorneys' fees issue | 0.50 |
| 3/7/2007 | KAM | Telephone call P. Bepler; research re indemnity contracts | 0.60 |
| 3/9/2007 | KAM | Telephone call P. Bepler | 0.10 |
| 3/12/2007 | KAM | Memorandum to S. Nelson summarizing document request discussions; telephone calls client re same | 0.80 |

| | | Amount |
|---|---|---|
| For professional services rendered | 2.20 | $935.00 |

AKIN BAY COMPANY LLC                              May 03, 2007

                                                  Page    2


          Additional Charges:

              CourtAlert.com                          15.50
              DLS Fee                                 65.11
              Lexis                                  593.90

              Total costs                          $674.51


5/3/2007   Credit for error on March 12, 2007 bill    (255.00)

           Total amount of this bill               $1,354.51


                     Professional Summary
Name                                        Hours      Rate
Kathryn Ann McDonald                         2.20    425.00