UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

07 CV 7170

Judge Sullivan

------------------------------------------------x

In the Matter of the Arbitration between

Akin Bay Company LLC,
      Petitioner
  and
Cornerstone Strategic Management
Limited and Cornerstone Overseas
Investments Limited,
      Respondents.

No. _____

Rule 7.1 Statement

RECEIVED
AUG 10 2007
U.S.D.C. S.D.N.Y.
CASHIERS

------------------------------------------------x

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioner, Akin Bay Company LLC (a private non-governmental party) certifies that Akin Bay has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
   August 10, 2007

          ROBINSON & McDONALD LLP

         By: _____
           K. Ann McDonald (KAM-2876)

         61 Broadway, Suite 1415
         New York, New York 10006
         Tel.: (212) 953-3400

         Attorneys for Plaintiff Akin Bay Company LLC