UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN<br><br>　　　　　　Petitioner,<br><br>and<br>CORNERSTONE STRATEGIC MANAGEMENT LIMITED AND CORNERSTONE OVERSEAS INVESTMENTS LIMITED,<br><br>　　　　　　Respondents. | CERTIFICATE OF MAILING<br><br><br><br><br>07 CV 7170 (RJS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

13rd Day of August, 2007

I served the

SUMMONS AND PETITION

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the

10TH Day of August 2007

by mailing by Federal Express , return receipt requested, in the Federal Express Mail Box located at 500 Pearl Street, New York, NY, a copy of each thereof, securely enclosed in a Federal Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number(s)

861481084365

　　　　　　　　　　　　　　　　　　　　　　　　　　　　J. Michael McMahon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK

Dated:  New York, NY

　　　　August 13, 2007

# FedEx International Air Waybill

Express — For FedEx services worldwide

**1 From** *Please print and press hard.*

Date: 08/07/07
Sender's FedEx Account Number: 142250853

Sender's Name: K. Ann McDonald
Phone: 212-953-3889
Company: Robinson & McDonald
Address: 61 Broadway, Suite 1415
City: New York  State/Province: N.Y.  ZIP/Postal Code: 10006
Country: U.S.

**2 To**

Recipient's Name: Cornerstone Overseas Investment Limited
Company: [illegible]
Address: Room 202, Chinachem Golden Plaza, 77 Mody Road
City: Tsimshatsui, East Kowloon
Country: Hong Kong

**Shipment Information**

Total Packages / Total Weight / Commodity Description

**4 Express Package Service**
☑ FedEx Intl. Priority

**5 Packaging**
☑ FedEx Pak

**7 Payment**
☑ Sender

**Required Signature:** K. Ann McDonald

FedEx Tracking Number: 8634 8108 4365

Form ID No. 0402

521

RETAIN THIS COPY FOR YOUR RECORDS.