

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration between<br>Akin Bay Company, LLC,<br>                     Petitioner<br><br>and<br><br>Cornerstone Strategic Management<br>Limited and Cornerstone Overseas<br>Investments Limited,<br>                     Respondents. | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 7170 (RJS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify

13TH Day of August 2007

I served the

SUMMONS AND PETITION

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the

10th Day of August, 2007

by mailing by Federal Express, return receipt requested, in the Federal Express Mail Box located at 500 Pearl Street, New York, NY, a copy of each thereof, securely enclosed in a Federal Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number(s)

7908042199958     *J. Michael McMahon*

                                                      CLERK

Dated:    New York, NY
               August 13, 2007

