UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*U.S. DISTRICT COURT FILED AUG 1 3 2007 S.D. OF N.Y.*

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN<br><br>  Petitioner,<br><br>and<br><br>CORNERSTONE STRATEGIC MANAGEMENT LIMITED AND CORNERSTONE OVERSEAS INVESTMENTS LIMITED,<br><br>  Respondents. | **CERTIFICATE OF MAILING**<br><br><br><br><br><br>07 CV 7170 (RJS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

13rd Day of August, 2007

I served the

SUMMONS AND PETITION

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the

10TH Day of August 2007

by mailing by Federal Express, return receipt requested, in the Federal Express Mail Box located at 500 Pearl Street, New York, NY, a copy of each thereof, securely enclosed in a Federal Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number(s)

861481084387

*J. Michael McMahon*
                                      CLERK

Dated:  New York, NY

    August 13, 2007

# FedEx International Air Waybill

For FedEx services worldwide.

**From** Please print and press hard.

Date: 8/10/07
Sender's FedEx Account Number: 142250853
Sender's Name: Robinson & McDonald LLP
Company:
Address: 61 Broadway Suite 1415
City: New York
State/Province: NY
ZIP/Postal Code: 10006
Country: USA

**2 To**

Recipient's Name:
Company: Cornerstone Strategic Management Ltd.
Address: Room 202, Chinachem Golden Plaza
77 Mody Road
City: Tsimshatsui
State/Province: East Kowloon
Country: Hong Kong

**3 Shipment Information**

**4 Express Package Service**
[X] FedEx Intl. Priority

**5 Packaging**
[X] FedEx Pak

**7a Payment** Bill transportation charges to:
[X] Sender

**7b Payment** Bill duties and taxes to:
[X] Sender

**8 Your Internal Billing Reference**: OPTIONAL

**9 Required Signature**

FedEx Tracking Number: 8614 8308 4387

Form ID No. 0402