

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Arbitration between
Akin Bay Company, LLC,

                Petitioner

        and

Cornerstone Strategic Management
Limited and Cornerstone Overseas
Investments Limited,

                Respondents.

**CERTIFICATE OF MAILING**

07 CV 7170 (RJS)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify

13TH Day of August 2007

I served the

SUMMONS AND PETITION

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the

10th Day of August, 2007

by mailing by Federal Express , return receipt requested, in the Federal Express Mail Box
located at 500 Pearl Street, New York, NY, a copy of each thereof, securely enclosed in a Federal
Express Envelope with a prepaid  international air bill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number(s)

792395122532

_____
                CLERK

Dated:    New York, NY
           August 13, 2007

Customer Seal only when using a FedEx Ship or interNetShip document.

FedEx | Ship Manager | Label

Page 1 of 1

From:    Origin ID: FIDA    (212) 963-3400
Robinson McDonald
Robinson & McDonald LLP
61 Broadway
SUITE 1415
NEW YORK, NY 10006
UNITED STATES

SHIP TO: 2129533400                    BILL SENDER

null null
Cornerstone Strategic Management Lt
Chinachem Golden Plaza Room 202
77 Mody Road Tsimshatsui East

Kowloon Hong Kong,
HK

**FedEx Express** E

CL8932807/21/23

Ship Date: 13AUG07
ActWgt: 5 LB
System#: 2681064/INET7061
Account#: S *********                    TotWgt: 5 LB

REF: 99999-001
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: .00 USD
CUSTOMS VALUE: .00 USD
T/C: S 142250853
SIGN: Robinson McDonald    D/T: S 142250853
EIN/VAT:

TRK#
0430    7923 9512 2532    INTL PRIORITY PAK

'    -HK

These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or damage to your shipment, subject to the conditions of the contract.