UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| In the Matter of the Arbitration between<br>Akin Bay Company LLC,<br>　　　　　　　　　　　Petitioner,<br><br>　　　　　　　V.<br><br>Cornerstone Strategic Management<br>Limited and Cornerstone Overseas<br>Investments Limited,<br>　　　　　　　　　　　Respondents. | **AMENDED**<br>**CERTIFICATE OF MAILING**<br><br><br><br><br><br>07 CV 7170 (RJS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**10th day of August, 2007**

I served the

Summons and Petition

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**10th day of August, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8614 8108 4365**

_____
　　　　　　　　　　CLERK

Dated: New York, NY

# ROBINSON & MCDONALD LLP
## 61 Broadway
### NEW YORK, N.Y. 10006
212-953-3400
FAX: 212-953-3690

WRITER'S CONTACT:
(212) 953-3889

August 10, 2007

Re: In the Matter of the Arbitration between
Akin Bay Company LLC and Cornerstone

**FedEx Express International Air Waybill**

1. From:
   - Date: 08/07/07
   - Sender's FedEx Account Number: 142250853
   - Sender's Name: K. Ann McDonald
   - Phone: 212 953-3889
   - Company: Robinson & McDonald
   - Address: 61 Broadway
   - Address: Suite 1415
   - City: New York
   - State/Province: N.Y.
   - Country: U.S.
   - ZIP/Postal Code: 10006

2. To:
   - Recipient's Name: Cornerstone Overseas Investment Limited
   - Address: Chinachem Golden Plaza Room 202
   - Address: 77 Mody Road
   - City: Tsimshatsui East
   - State/Province: Kowloon
   - Country: Hong Kong

4. Express Package Service: ✓ FedEx Intl. Priority

5. Packaging: ✓ FedEx Pak

7a. Payment: ✓ Sender

7b. Payment Bill duties and taxes to: ✓ Sender

Signature: [signed] K. Ann McDonald

FedEx Tracking Number: 8614 8108 4365

Form ID No.: 0402

521
PART 158410-Rev. Date 4/05
©1994–2006 FedEx
PRINTED IN U.S.A.

Ship and track packages at fedex.com

Questions? Go to our Web site at fedex.com.
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.