

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration between<br>Akin Bay Company LLC,<br>                           Petitioner,<br><br>V.<br><br>Cornerstone Strategic Management<br>Limited and Cornerstone Overseas<br>Investments Limited,<br>                           Respondents. | **AMENDED<br>CERTIFICATE OF MAILING**<br><br><br><br>07 CV 7170 (RJS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**10th day of August, 2007**

I served the

Summons and Petition

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**10th day of August, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8614 8108 4387**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# ROBINSON & McDONALD LLP
## 61 Broadway
## NEW YORK, N.Y. 10006
212-953-3400
FAX: 212-953-3690

WRITER'S CONTACT:
(212) 953-3889

August 10, 2007

Re: In the Matter of the Arbitration between
Akin Bay Company LLC and Cornerstone
Strategic Management Limited and
Cornerstone Overseas Investments Limited

## FedEx International Air Waybill

**1 From**
Date: 8/10/07
Sender's FedEx Account Number: 142250853
Sender's Name: Robinson & McDonald LLP
Address: 61 Broadway
Suite 1415
City: New York    State/Province: NY
Country: USA    ZIP/Postal Code: 10006

**2 To**
Recipient's Name:
Company: Cornerstone Strategic Management Ltd.
Address: Room 202, Chinachem Golden Plaza
77 Mody Road
City: Tsimshatsui    State/Province: East Kowloon
Country: Hong Kong

**4 Express Package Service**
☒ FedEx Intl. Priority

**5 Packaging**
☒ FedEx Pak

**7a Payment** Bill transportation charges to:
☒ Sender

**7b Payment** Bill duties and taxes to:
☒ Sender

**9 Required Signature**

FedEx Tracking Number: 8614 8108 4387
Form ID No. 0402

521