Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9\27\67

In the Matter of the Arbitration between

Akin Bay Company LLC,

                Petitioner,

      and

Cornerstone Strategic Management Limited and
Cornerstone Overseas Investments Limited,

                Respondents.

07 CV 7170 (RJS)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties hereto that the time for the Defendants Cornerstone Strategic Management Limited and Cornerstone Overseas Investments Limited to answer, move or otherwise respond to the Petition in the above proceeding shall be extended through and including October 1, 2007.

The Defendants have not previously requested an extension of time from the Court, and the extension requested herein will not affect any other scheduled dates in this proceeding.

Dated: September 20, 2007

ROBINSON & MCDONALD LLP

*(signature)*

By: K. Ann McDonald, Esq. (KAM-2876)

61 Broadway
New York, New York 10006
(212) 953-3889

*Attorneys for Plaintiff Akin Bay Company LLC*

DORSEY & WHITNEY LLP

*(signature)*

By: David C. Singer, Esq. (DS-1358)

250 Park Avenue
New York, NY 10177
(212) 415-9200

*Attorneys for Defendants Cornerstone Strategic Management Limited and Cornerstone Overseas Investments Limited*

IT IS SO ORDERED:
Dated: 9/26, 2007.

*(signature)*
Hon. Richard J. Sullivan
United States District Judge

2