David C. Singer (DS-1358)
Eric B. Epstein (EE-8992)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200

*Attorneys for Respondents Cornerstone Strategic Management Limited and Cornerstone Overseas Investments Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>Akin Bay Company LLC,<br><br>                      Petitioner,<br><br>                      and<br><br>Cornerstone Strategic Management Limited and Cornerstone Overseas Investments Limited,<br><br>                      Respondents. | 07 CV 7170 (RJS) |

### **RULE 7.1 STATEMENT OF RESPONDENTS CORNERSTONE STRATEGIC MANAGEMENT LIMITED AND CORNERSTONE OVERSEAS INVESTMENTS LIMITED**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondents Cornerstone Strategic Management Limited (CSML) and Cornerstone Overseas Investments Limited (COIL), by their undersigned attorneys, state as follows:

There is no parent corporation or any publicly held corporation that owns 10% or more of the stock of either CSML or COIL. Neither CSML nor COIL is publicly traded.

Dated: September 28, 2007         DORSEY & WHITNEY LLP

                                                    By    /s/ Eric B. Epstein
                                                          David C. Singer (DS-1358)
                                                          Eric B. Epstein (EE-8992)
                                                  DORSEY & WHITNEY LLP
                                                  250 Park Avenue
                                                  New York, NY 10177
                                                  Telephone:    (212) 415-9200
                                                  Facsimile:     (212) 953-7201

                                                  *Attorneys for Respondents*