UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**AKIN BAY COMPANY,**

                **Petitioner,**

-v-

**CORNERSTONE STRATEGIC MANAGEMENT LIMITED,**

                **Respondent.**

Case No.

07-cv-7170 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    At the status conference held before this Court on April 14, 2008, the following schedule has been set:

    The parties shall submit a joint status letter or a stipulation of discontinuance not later than April 30, 2008.

                SO ORDERED.

DATED: New York, New York
       April 14, 2008

                            RICHARD J. SULLIVAN
                            UNITED STATES DISTRICT JUDGE