Sullivan, J

~~EXHIBIT G~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In the Matter of the Arbitration between,

Akin Bay Company LLC,

               Petitioner,

   -and-

Cornerstone Strategic Management Limited and
Cornerstone Overseas Investments Limited,

               Respondents.

------------------------------------------------------------X

07 CV 7170 (RJS)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the petitioner Akin Bay Company LLC and respondents Cornerstone Strategic Management Limited and Cornerstone Overseas Investments Limited, that the above-entitled action, including all claims asserted therein, is hereby dismissed among and between such parties, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: ~~May~~ June 19, 2008

ROBINSON & MCDONALD LLP

By: _____
K. Ann McDonald (KAM-2867)
61 Broadway, Suite 1415
New York, New York 10006
(212) 953-3400

Attorneys for Petitioner
Akin Bay Company LLC

DORSEY & WHITNEY LLP

By: _____
David C. Singer (DS1358)
Eric B. Epstein (EE8992)
250 Park Avenue
New York, New York 10177
(212) 415-9200

Attorneys for Respondents
Cornerstone Strategic Management Limited and
Cornerstone Overseas Investments Limited

6/30/08